.IN THE UNITED STATES DISTRICT COURT
OF NORTH DAKOTA

| | |
|---|---|
| STATE OF IOWA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Council on Environmental Quality, et al., <br><br> Defendants. | Case No. 1:24-cv-00089 <br><br><br> **NOTICE OF APPEARANCE** |

COMES NOW Eric H. Wessan, Solicitor General, and hereby appears as counsel on behalf of Plaintiff, State of Iowa.

    Respectfully submitted,

    BRENNA BIRD
    Attorney General of Iowa

    */s/ Eric H. Wessan*
    ERIC H. WESSAN
    Solicitor General
    Iowa Department of Justice
    1305 E. Walnut Street, 2nd Floor
    Des Moines, Iowa 50319
    (515) 823-9117
    (515) 281-4209 (fax)
    eric.wessan@ag.iowa.gov

    ATTORNEYS FOR PLAINTIFF
    STATE OF IOWA

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on May 21, 2024:

☐ U.S. Mail              ☐ FAX
☐ Hand Delivery          ☐ Overnight Courier
☐ Federal Express        ☐ Other
☒ CM/ECF

Signature: */s/ Julie Sander*