UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Iowa, et al.<br><br>Plaintiff(s)<br><br>vs.<br><br>Council on Environmental Quality, and Brenda Mallory, in her official capacity as Chair,<br><br>Defendant(s). | **CONSENT/REASSIGNMENT FORM**<br><br>Case No. 1:24-cv-00089-DMT-CRH |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** [ ]             **Reassignment** [✓]

State of Montana

_____          _____
Party(ies) Represented             Party(ies) Represented

*/s/*                              */s/* *Christian B. Corrigan*
Attorney Signature                 Attorney Signature

                                   May 21, 2024
_____           _____
Date                               Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov