UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

State of Iowa, et al.        )
                             )    **CONSENT/REASSIGNMENT FORM**
                             )
          Plaintiff(s)       )
                             )
   vs.                       )
                             )    Case No.  1:24-cv-00089-DMT-CRH
Council on Environmental Quality, and )
Brenda Mallory, in her official capacity as )
Chair,                       )
                             )
          Defendant(s).      )

     Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

# Consent ☐                    # Reassignment ✔

                               State of Idaho

_____        _____
Party(ies) Represented         Party(ies) Represented

_/s/_____          _/s/_ Joshua N. Turner _____
Attorney Signature             Attorney Signature

_____        May 21, 2024_____
Date                           Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov