UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Iowa, et al.<br><br>　　　　Plaintiff(s)<br><br>vs.<br><br>Council on Environmental Quality, and Brenda Mallory, in her official capacity as Chair,<br><br>　　　　Defendant(s). | **CONSENT/REASSIGNMENT FORM**<br><br>Case No.　1:24-cv-00089-DMT-CRH |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** [ ]　　　　　　　　　　　　**Reassignment** [✓]

　　　　　　　　　　　　　　　　　　　　　State of Wyoming

_____　　　　_____
Party(ies) Represented　　　　　　　　　Party(ies) Represented

*/s/*_____　　　*/s/*　Ryan Schelhaas_____
Attorney Signature　　　　　　　　　　Attorney Signature

　　　　　　　　　　　　　　　　　　　　May 21, 2024
_____　　　　_____
Date　　　　　　　　　　　　　　　　　Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov