UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

State of Iowa, et al.

        Plaintiff(s)

vs.

Council on Environmental Quality, et al.

        Defendant(s).

**CONSENT/REASSIGNMENT FORM**

Case No.   1:24-cv-00089

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** [ ]

**Reassignment** [✓]

State of Georgia

_____
Party(ies) Represented

_____
Party(ies) Represented

*/s/*
_____
Attorney Signature

*/s/* *Justin T. Golart*
_____
Attorney Signature

_____
Date

May 22, 2024
_____
Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov