UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Iowa, et al., <br><br> Plaintiff(s) <br><br> vs. <br><br> Council on Environmental Quality, and Brenda Mallory, in her official capacity as Chair, <br><br> Defendant(s). | **CONSENT/REASSIGNMENT FORM** <br><br> Case No. 1:24-cv-00089-DMT-CRH |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ☐                                **Reassignment** ☑

State of Nebraska

_____                  _____
Party(ies) Represented                       Party(ies) Represented

_/s/_____                  _/s/_ Grant D. Strobl_____
Attorney Signature                           Attorney Signature

                                             May 22, 2024
_____                   _____
Date                                         Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov