UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Iowa, et al.<br><br>　　　　Plaintiff(s)<br><br>vs.<br><br>Council on Environmental Quality, and Brenda Mallory, in her official capacity as Chair,<br><br>　　　　Defendant(s). | **CONSENT/REASSIGNMENT FORM**<br><br>Case No.  1:24-cv-00089-DMT-CRH |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ☐                                    **Reassignment** ☑

　　　　　　　　　　　　　　　　　　　　　　　　　State of Texas

_____           _____
Party(ies) Represented                              Party(ies) Represented

<u>/s/</u>                                                              <u>/s/  Susanna Dokupil</u>
Attorney Signature                                    Attorney Signature

_____           <u>May 22, 2024</u>
Date                                                            Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov