UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Iowa et. al.<br><br>Plaintiff(s)<br><br>vs.<br><br>Council on Environmental Quality<br><br>Defendant(s). | **CONSENT/REASSIGNMENT FORM**<br><br>Case No.  1:24-cv-00089-DMT-CRH |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ☐                                 **Reassignment** ☑

                                                                        State of South Dakota

_____          _____
Party(ies) Represented                                   Party(ies) Represented

/s/_____          /s/ Charles McGuigan_____
Attorney Signature                                          Attorney Signature

_____          May 23, 2024_____
Date                                                                Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov