IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| STATE OF IOWA, et al. | ) ) ) ) | **MOTION TO APPEAR PRO HAC VICE** |
| v. | ) ) | |
| COUNCIL ON ENVIRONMENTAL QUALITY, et al. | ) ) ) ) ) | Case No. 1:24-cv-89 |

Aaron J. Silletto, an attorney for the Commonwealth of Kentucky moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Commonwealth of Kentucky, all courts (Bar ID no. 89305); United States District Courts for the Eastern District of Kentucky, the Western District of Kentucky, and the Southern District of Indiana; United States Courts of Appeals for the Sixth Circuit and the Seventh Circuit; and the Supreme Court of the United States. |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 28 day of May 2024            .

                                                    */s/*            Aaron J. Silletto
Office of the Attorney General
700 Capital Ave., Ste. 118
Frankfort, KY 40601
(502) 696-5300 main
(502) 696-5439 direct
aaron.silletto@ky.gov