UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

STATE OF IOWA, et al.   )
                        )   **CONSENT/REASSIGNMENT FORM**
                        )
        Plaintiff(s)    )
                        )
 vs.                    )
                        )   Case No.  1:24-cv-00089-DMT-CRH
COUNCIL ON ENVIRONMENTAL )
QUALITY, et al.         )
                        )
        Defendant(s).   )

   Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ☐        **Reassignment** ✔

                     Commonwealth of Kentucky

_____      _____
Party(ies) Represented            Party(ies) Represented


/s/_____     /s/ *Aaron J. Silletto*_____
Attorney Signature                  Attorney Signature

_____      May 28, 2024_____
Date                               Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov