TREG TAYLOR
ATTORNEY GENERAL
Wade M. Withington (Alaska Bar No. 2006056)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: wade.withington@alaska.gov
Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA\
BISMARCK DIVISION

| | | |
|---|---|---|
| STATE OF IOWA, | ) | |
| STATE OF NORTH DAKOTA, | ) | |
| STATE OF ALASKA, | ) | |
| STATE OF ARKANSAS, | ) | |
| STATE OF FLORIDA, | ) | |
| STATE OF GEORGIA, | ) | |
| STATE OF IDAHO, | ) | |
| STATE OF KANSAS, | ) | |
| COMMONWEATH OF KENTUCKY, | ) | |
| STATE OF LOUISANA, | ) | |
| STATE OF MISSOURI, | ) | Case No.: 1:24-cv-00089-CRH |
| STATE OF MONTANA, | ) | |
| STATE OF NEBRASKA, | ) | |
| STATE OF SOUTH CAROLINA, | ) | |
| STATE OF SOUTH DAKOTA, | ) | |
| STATE OF TENNESSEE, | ) | |
| STATE OF TEXAS, | ) | **MOTION TO APPEAR PRO HAC** |
| STATE OF UTAH, | ) | **VICE** |
| STATE OF WEST VIRGINIA, and | ) | |
| STATE OF WYOMING, | ) | |
|       Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COUNCIL ON ENVIRONMENTAL | ) | |
| QUALITY, and BRENDA MALLORY, in | ) | |
| her official capacity as Chair, | ) | |
| | ) | |
|       Defendants. | ) | |

Wade M. Withington, an attorney for the State of Alaska, moves the court

pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information

for consideration by the Court:

    1.      Other Bar Admissions:
        a.  California Bar No. 318878
        b.  Alaska Bar No. 2006056

    2.      Disciplinary Actions:
        a.  None.

I will comply with the Local Rules of the United States District Court for the

District of North Dakota and will submit to the jurisdiction of the court in matters of

discipline.

Under penalty of perjury, I declare that the above information is true, correct, and

complete, to the best of my knowledge.

DATED: June 6, 2024.

TREG TAYLOR
ATTORNEY GENERAL

By:    */s/Wade M. Withington*
       Wade M. Withington
       Assistant Attorney General
       Alaska Bar No. 2006056
       Department of Law
       1031 West Fourth Avenue, Ste. 200
       Anchorage, AK 99501
       Phone:  (907) 269-5232
       Facsimile:  (907) 276-3697
       Email:  wade.withington@alaska.gov
       Attorney for State of Alaska

## CERTIFICATE OF SERVICE

I certify that on June 6, 2024, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system, serving all counsel of record.

*/s/ Wade M. Withington*
Wade M. Withington