UNITED STATES DISTRICT COURT
OF NORTH DAKOTA

| | |
|---|---|
| STATE OF IOWA, ET AL., <br><br> PLAINTIFF, <br><br> v. <br><br> COUNCIL ON ENVIRONMENTAL EQUALITY, ET AL., <br><br> DEFENDANTS. | CIVIL ACTION NO. 1:24-cv-00089 |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiff State of Louisiana hereby notifies the Court that Morgan Brungard will appear as co-counsel in the above case. Ms. Brungard is a member in good standing with this Court. Her contact information is as follows:

> Morgan Brungard
> Louisiana Department of Justice
> Office of the Attorney General
> 1885 N. Third Street
> Baton Rouge, LA 70802
> (225) 999-6864
> BrungardM@ag.louisiana.gov

Dated: June 7, 2024

Respectfully submitted,

LIZ MURRILL
  ATTORNEY GENERAL OF LOUISIANA

By: */s/ Morgan Brungard*
MORGAN BRUNGARD (LA #40298)
  Deputy Solicitor General
LOUISIANA DEPT. OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70802
Tel: (225) 999-6864
BrungardM@ag.louisiana.gov

1

## CERTIFICATE OF SERVICE

    I hereby certify that this document has been electronically filed and served via the Court's ECF System on this 7th day of June, 2024.

                                    */s/ Morgan Brungard*
                                    Morgan Brungard