THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATE OF IOWA, et al., <br><br> *Plaintiffs,* <br> v. <br><br> COUNCIL ON ENVIRONMENTAL QUALITY, et al, <br><br> *Defendants.* | NOTICE OF APPEARANCE OF COUNSEL <br><br> Case No. 1:24-cv-00089 <br><br> Judge Daniel M. Traynor <br><br> Magistrate Judge Clare R. Hochhalter |

Plaintiff State of Utah hereby notifies the Court that Renee Spooner appears as counsel in the above case for the State of Utah. Renee Spooner is a member in good standing with this Court. Ms. Spooner's contract information is as follows:

Renee Spooner
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah 84114-0857
Telephone: (801) 366-0353
rspoooner@agutah.gov

DATED 20th day of June, 2024.

UTAH ATTORNEY GENERAL'S OFFICE

  */s/ Renee Spooner*
RENEE SPOONER
Assistant Attorney General
*Attorney for Plaintiff State of Utah*