# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

STATE OF IOWA, et al.,

                     Petitioners,

    v.

COUNCIL ON ENVIRONMENTAL
QUALITY, et al.,

                   Respondents.

Case No. 1:24-cv-00089

## MOTION TO WITHDRAW
## LINDSAY S. SEE AS COUNSEL

Lindsay S. See will be ending her employment with the State of West Virginia, and hereby withdraws her appearance as counsel for the State of West Virginia in the above-captioned case.  The State of West Virginia will continue to be represented by Solicitor General Michael R. Williams.

Respectfully submitted,

*/s/ Lindsay S. See*
Lindsay S. See
West Virginia Attorney General's Office
1900 Kanawha Blvd. E, Bldg 1 Rm 26E
Charleston, WV 25305
(304) 558-2021
Lindsay.S.See@wvago.gov
*Counsel for Petitioner*
*State of West Virginia*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2024, I caused a copy of the foregoing

Notice of Withdrawal to be served by the Court's CM/ECF system on all counsel

of record in this matter.


*/s/ Lindsay S. See*