## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATE OF IOWA, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| COUNCIL ON ENVIRONMENTAL QUALITY and BRENDA MALLORY, in her official capacity as Chair of the Council on Environmental Quality, | ) Case No. 1:24-cv-00089-DMT-CRH |
| | ) |
| *Defendants*, | ) |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Paul G. Freeborne as counsel for Defendants the Council on Environmental Quality ("CEQ"), and Brenda Mallory, in her official capacity as Chair of CEQ (collectively "Federal Defendants").

Service of all papers by U.S. Mail should be addressed as follows:

> Paul G. Freeborne
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> (202) 305-0428
> paul.freeborne@usdoj.gov

Overnight and hand deliveries should be addressed to:

>Paul G. Freeborne
>Environment & Natural Resources Division
>Natural Resources Section
>150 M St., N.E., Room 3.103
>Washington, D.C. 20002

Respectfully submitted this 26th day of June, 2024,

>TODD KIM
>Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
>*/s/ Paul G. Freeborne*
>Paul G. Freeborne (V.A. Bar No. 33024)
>United States Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>150 M St., N.E.
>Washington, D.C. 20002
>(202) 305-0428 (phone)
>(202) 532-5271 (cell)
>paul.freeborne@usdoj.gov
>
>*Counsel for Federal Defendants*