# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
BISMARK DIVISION

| | |
|---|---|
| STATE OF IOWA,<br>STATE OF NORTH DAKOTA,<br>STATE OF ALASKA,<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF GEORGIA,<br>STATE OF IDAHO,<br>STATE OF KANSAS,<br>COMMONWEALTH OF KENTUCKY,<br>STATE OF LOUISIANA,<br>STATE OF MISSOURI,<br>STATE OF MONTANA,<br>STATE OF NEBRASKA,<br>STATE OF SOUTH CAROLINA,<br>STATE OF SOUTH DAKOTA,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS,<br>STATE OF UTHA,<br>STATE OF VIRGINIA,<br>STATE OF WEST VIRGINIA, and<br>STATE OF WYOMING,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>COUNCIL ON ENVIRONMENTAL<br>QUALITY, and BRENDA MALLORY, in<br>her official capacity as Chair,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00089-DMT-CRH |

**DECLARATION OF GUSTAV WERNER BEKKER**

I, **Gustav Werner Bekker** state as follows:

1.　I make this declaration of my own personal knowledge. If called to testify as a witness, I could and would testify competently regarding its contents.

1

2. My name is Gus Bekker, and I reside in Mountain Home, ID.

3. I work as a sales representative for numerous outdoor industry companies, a ski instructor, and a Naturalist. My work gives me the opportunity to travel to the five Pacific Northwest states including Alaska. The nature of my work allows me to visit and spend time in a plethora of public lands from National Parks to state and county public lands.

4. I am the founder of El Sendero Backcountry Ski and Snowshoe Club, a non-profit organization that advocates for non-motorized winter recreation on the Okanogan-Wenatchee National Forest (OWNF). I am also on the board of the Alpine Lakes Protection Society, an organization that was integral in the formation of the Alpine Lakes Wilderness. I am a Winter Wildlands Alliance (WWA) member and have worked with and supported Winter Wildlands Alliance's work on issues related to public lands and winter outdoor recreation since 2002. El Sendero is an all-volunteer organization, and we support WWA efforts both nationally and locally on behalf of winter non-motorized recreation.

5. I am a lifelong outdoor recreationist and have spent decades skiing, hiking, kayaking, climbing, and camping on public lands in the Pacific Northwest and across the country. I am particularly passionate about skiing and enjoy both backcountry and resort skiing on the Okanogan-Wenatchee National Forest. Skiing is important to me because it provides the opportunity to experience the mountains in winter. I am particularly drawn to the quiet and solitude of backcountry skiing. I helped found El Sendero Backcountry Ski and Snowshoe Club in 2004 in order to introduce others in my community to backcountry skiing and snowshoeing and to help people become advocates to protect the places where we ski.

6. I am a strong advocate for protecting Wilderness and opportunities for non-motorized recreation on public lands, especially on the Okanagan-Wenatchee National Forest.

My advocacy stems from the experiences I have had as an outdoor recreationist. I have experienced how federal agency decisions can directly and indirectly change a place and how this affects my experiences within that place.

7.  I have also experienced how a lack of federal agency decisions can impact my experiences. For example, as a backcountry skier I have been displaced from places where I used to enjoy skiing because of motorized recreation – not because the Forest Service decided to designate a place for snowmobile use, but because the agency has repeatedly failed to address this issue. Because the Forest Service has failed to make a decision about where snowmobiles can travel on public lands, winter motorized use has increased in areas not really suitable for snowmobile use.

8.  I have long advocated for the Forest Service to conduct winter travel management planning in order to designate some areas of the Okanogan-Wenatchee National Forest for snowmobile use and manage other areas of the forest for non-motorized winter recreation and conservation. In fact, I spent years advocating for the Forest Service to adopt an Over-Snow Vehicle Rule that requires winter travel planning because I want the Okanogan-Wenatchee National Forest to go through this process. Winter travel management is a Forest Service decision-making process, and I look forward to having an opportunity to present information and data to the Forest Service to support my position that certain areas of the forest should not be designated for winter motorized use. Winter travel management is one of the few opportunities that backcountry skiers have to secure protections for places where we ski, to ensure they remain free of motorized recreation.

9.  Another threat facing backcountry skiing on the Okanogan-Wenatchee National Forest is the potential expansion of Mission Ridge ski area. Mission Ridge is my hometown hill,

where I have skied for many years and even worked as a ski instructor. It is a place that I love, but I am worried about the resort's plans to develop a 4,000-bed resort village. The ski area has proposed to develop a new resort community on private land adjacent to the National Forest and has requested that the Forest Service grant them a new right-of-way across Forest Service land. This new road right-of-way would bring several indirect impacts, including increased wildfire risk, reduction of backcountry skiing terrain, threats to wildlife, and crowding of popular backcountry recreation areas in the forest. I, and other El Sendero Backcountry Ski and Snowshoe Club members, submitted comments to the Forest Service opposing the right-of-way request and providing information to support our concerns.

10. This right-of-way proposal is just the latest example of how I have participated in federal agency decision-making over the past twenty years. I have also engaged in Forest Service processes related to trail and road development, timber sales, mining proposals and motorized recreation.

11. I've attended and participated in meetings, including collaborative meetings, submitted public comment letters, and helped El Sendero members to comment concerning Forest Service proposals many different times. For example, on behalf of El Sendero Backcountry Ski and Snowshoe Club, I submitted detailed scoping comments regarding Mission Ridge's right-of-way request to the Okanogan-Wenatchee National Forest. These comments were submitted during a comment period required by the National Environmental Policy Act (NEPA). I commented on issues related to public safety, wildlife conservation, and non-motorized recreation opportunities and experiences in the nearby backcountry. Some of these concerns are indirect and/or cumulative effects from the proposed ski area development, which

are the types of effects that the Council on Environmental Quality's 2020 NEPA rule exempts from agency consideration.

12. I believe that building a dead-end road through a narrow canyon to facilitate development of a 4,000-bed resort community is a threat to public safety and public resources. To ensure this does not happen, I plan to continue to participate in future meetings and comment periods regarding this project. I am also looking forward to participating in Okanogan-Wenatchee forest planning and winter travel planning when those opportunities arise, to advocate for protecting my favorite backcountry ski spots so that they remain non-motorized for perpetuity.

13. After 20 years of advocacy, I know I don't always get exactly what I want out of the NEPA process, and I know federal agency decisions can take a long time and the process can be deeply contentious, but I also know that public participation in federal decision-making is invaluable. NEPA gives me, and everybody, a voice in how our public lands are managed. Transparency and science-based decision-making ensure that even if I disagree with a decision, I know it's not arbitrary and that my input was considered. As a public landowner, having a say in how my lands are managed is extremely important to me.

14. I am worried that the Council on Environmental Quality's 2020 NEPA regulations will prevent me from engaging in Forest Service decision-making processes, or helping members of El Sendero to participate in these processes. As the road right-of-way proposal shows, federal projects are not always directly related to backcountry recreation yet can have significant consequences for my interests. Elimination of indirect and cumulative effects analysis and barriers to public participation would mean that I would be unable to participate in decisions affecting backcountry skiing on the Okanogan-Wenatchee National Forest, my

concerns would be dismissed as unrelated to the project at hand, or my participation may not "count" if the responsible official deems my comments lacking in technicality or specificity. In all cases, it is likely that the Forest Service would make decisions that reduce or negatively impact my use and enjoyment of National Forest lands. My voice as a public landowner and citizen would be taken away from me.

15. I'm also concerned that the 2020 regulations would allow the Forest Service to bypass public involvement in travel management decisions, by relying on a previously conducted, peripherally-related NEPA analysis (such as forest planning) to inform its decisions through a process known as "functional equivalent" or "determination of NEPA adequacy." Neither process allows someone like me to comment on the actual decision being made, in this case, how the land is managed for winter recreation, because the Forest Service will be able to rely on prior analysis and process. Having advocated for the very existence of the Over-Snow Vehicle Rule, it would be deeply disappointing to be unable to engage in winter travel planning when the Okanogan-Wenatchee National Forest finally undertakes this process, because I do not believe that the forest planning process adequately addressed winter recreation.

16. Finally, I worry that CEQ's 2020 regulations will cause federal agencies to make decisions that contribute to climate change. As a backcountry skier and somebody who lives in a high desert city whose water supply is dependent upon the mountain snowpack, I am very concerned about climate change. In my lifetime, I have seen winters become shorter, warmer, and drier and these changes directly, and negatively, impact my life. Not only is the ski season becoming shorter, but wildfires are also becoming more common and more intense, and I worry about the future water supply in the community where I live. If federal agencies do not consider how their decisions might impact the climate, we needlessly ignore important information that

affects how we as a nation address this historic problem. We cannot address climate change by pretending it does not exist or pretending that our actions do not impact the future. Climate change directly impacts my use as a winter recreationist as well as the viability and future of the natural resources on the OWNF, a forest highly susceptible to any changes in climate and particularly the winter snowpack.

17. NEPA is integral to public lands management. Federal agencies may be the stewards of these lands, but the public has no desire to be an absentee landlord. Like many others, I want to know what proposals the Forest Service and other agencies are considering for the lands I recreate on, and I want to know how these proposals might affect my use of these lands or natural resources we all share, like water and air. It is important to me that I am informed of these proposals and have an opportunity to meaningfully engage in agency decision-making. Reinstating the 2020 CEQ's NEPA regulations will reduce or eliminate these opportunities, impeding my ability to protect places, experiences, and resources that I value.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 17 day of June, 2024 at MOUNTAIN HOME, IDAHO.

_____
Gustav Werner Bekker