# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
BISMARK DIVISION

| | |
|---|---|
| STATE OF IOWA, | ) |
| STATE OF NORTH DAKOTA, | ) |
| STATE OF ALASKA, | ) |
| STATE OF ARKANSAS, | ) |
| STATE OF FLORIDA, | ) |
| STATE OF GEORGIA, | ) |
| STATE OF IDAHO, | ) Case No. 1:24-cv-00089-DMT-CRH |
| STATE OF KANSAS, | ) |
| COMMONWEALTH OF KENTUCKY, | ) |
| STATE OF LOUISIANA, | ) |
| STATE OF MISSOURI, | ) |
| STATE OF MONTANA, | ) |
| STATE OF NEBRASKA, | ) |
| STATE OF SOUTH CAROLINA, | ) |
| STATE OF SOUTH DAKOTA, | ) |
| STATE OF TENNESSEE, | ) |
| STATE OF TEXAS, | ) |
| STATE OF UTHA, | ) |
| STATE OF VIRGINIA, | ) |
| STATE OF WEST VIRGINIA, and | ) |
| STATE OF WYOMING, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| COUNCIL ON ENVIRONMENTAL | ) |
| QUALITY, and BRENDA MALLORY, in | ) |
| her official capacity as Chair, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF DONNA CHAVIS

I, **Donna Chavis**, state as follows:

1. I make this declaration of my own personal knowledge. If called to testify as a witness, I could and would testify competently regarding its contents.

1

2. I currently reside in Pembroke, North Carolina, where I was born, and have been a resident for 73 years. I am a member of the Lumbee Tribe of North Carolina, and my active role in supporting the community and tribe has earned me the title of Elder member. In our tradition, the role of the Elder is more than age-related. It also relates to the type of role one has played in the community. I have dedicated more than 45 years of my life to advocating in my community to achieve environmental, economic, social, and educational equity and justice. I consider this mission a core of my identity.

3. I am a legal member as well as a staff member of Friends of the Earth. I began working for the organization in 2018 as a contract consultant. In April 2019, I was hired full-time as the Senior Fossil Fuel Campaigner. After 5 years as a full-time staff member, my role is Program Manager in the Climate and Energy Justice Program. In this role, I work with a team primarily in North Carolina to support efforts to maintain a high quality of environmental integrity, including opposition methane infrastructure attempting to site in the state. I also support work toward securing clean and green alternative energy development for communities in the state. Over the course of the five years my work has grown to include some in the states of South Carolina and Virginia.

4. In or around 2016, I became a founding member of the RedTailed Hawk Collective, which we established specifically to provide a forum and coalition for indigenous peoples in the state of North Carolina to oppose the Atlantic Coast Pipeline. The Collective has since expanded to oppose the expansion and development of "dirty" businesses and infrastructure projects across the State, such as the Active Energy Renewable Power (AERP) facility and, more recently, the MVP Southgate. The collective utilizes a number of administrative processes to ensure that indigenous people have a seat at the table for decisions

and policies affecting their community, including but not limited to, government-to-government consultations, Title VI of the Civil Rights Act of 1964, and the National Environmental Policy Act (NEPA).

5. In 2019, I attended a formal NEPA training sponsored by Emory University Turner Environmental Law Clinic with former White House Council for Environmental Quality General Counsel Dinah Bear as a trainer. In this training, I learned extensively about NEPA's mandates and processes, methods to challenge inadequate processes, as well as the various opportunities that NEPA guarantees for public input and involvement. In this training, it became clear to me that NEPA was the greatest and most meaningful tool to provide citizens a voice, role, and agency regarding what happens in their communities. NEPA also provides a basic model for states' environmental review and protection laws.

6. I rely heavily on NEPA announcements, reviews, and public processes to remain informed and involved in federal decisions affecting the communities I work with in both my professional and personal capacity. NEPA is vital tool for keeping abreast of government proposals and informing the public of their right to access and involvement at each stage of the process. If requirements for citizen input are followed, NEPA can also be an effective tool to resolve disputes without the need for litigation, including reaching alternative plans and uses for proposed projects. For instance, in the case of the MVP Southgate Pipeline, potentially impacted communities were informed about plans for the MVP Pipeline and the NC connection known as MVP Southgate Pipeline. They became actively engaged through public hearings and written comments. In August, 2020, the NC Department of Environmental Quality denied the Water Quality Certification for MVP Southgate Pipeline. In the denial the state noted: "Due to uncertainty surrounding the completion of the MVP Mainline project, the Division has

determined that work on the Southgate extension could lead to unnecessary water quality impacts and disturbance of the environment in North Carolina." Engagement by impacted communities related to the MVP Mainline project and the MVP Southgate Pipeline played a major role in the denial of this critical permit. This engagement has continued with a change in the scope of the MVP Southgate being decreased in its most recent permit application. Organizing continues to have the Southgate Pipeline canceled.

7. Efforts to undermine citizen access to information and the ability to achieve significant consideration by the government of environmental harms of projects is deeply troubling and will significantly impact my personal and professional life. In 2020, the Trump Administration implemented changes to the NEPA implementing regulations that removed or made inaccessible many of the tools I utilized for citizen access and involvement. For example, the new expedited timeline for the permitting process does not allow for as much due diligence or meaningful deliberation by all agencies involved. For decades, I have been operating under the citizens' rights and processes under the prior NEPA framework and was forced to start anew to familiarize myself with, and educate others on these new (and less generous) avenues for stakeholder engagement and access.

8. I was deeply concerned that the elimination or curtailment of NEPA reviews and processes would streamline the development of fossil fuel infrastructure in North Carolina. This would result in additional threats to the community I live in as well as the communities I advocate for and work with.. Communities that would have been statistically most impacted by the completion of the Atlantic Coast Pipeline (ACP) were predominantly Indigenous. Since the ACP was canceled, there has been a Liquified Natural Gas facility completed in Robeson County, NC which has a 42% Indigenous population. In 2021, this facility was able to be

4

completed with very little input from impacted communities.  In fact, even before the permit request was submitted, Piedmont Natural Gas had clear-cut and logged the trees in such a way that destroyed archaeological evidence of native inhabitation. There was no archaeological survey performed on the property.  NEPA review and process could have helped avoid this historical travesty.

9. In 2019, I utilized the NEPA process in my opposition to the construction of the Atlantic Coast Pipeline.  I specifically used NEPA's public engagement and analysis process to engage in siting and permitting decisions regarding the Pipeline.  NEPA allowed me and my coalition and community partners to voice our opposition to the Pipeline and engage in conversations about the pipeline's impact on communities and the surrounding environment.. Through use of NEPA, I was able to make the case with indigenous communities about their right to know about developments that were taking place on their lands.  Through attendance and participation in Tribal Council meetings information was shared and the lack of consultation pointed out.  Without the inclusion of environmental justice principles and the value of indigenous knowledge to the overall health of the environment, communities most impacted would not have had the incentive to become as greatly involved as they did.  They have knowledge of the value of forests in areas of great wetlands to stave off flooding and degradation of soil in general.  Through hundreds of years of existence in territories that have had weather challenges, they see the shift to climate challenges that are far more destructive.  Their historic knowledge is critical in reversing the damage that has already occurred.  With the loss of forest, we are already experiencing floods at levels never seen in the past.  Superstorms Matthew (2016) and Florence (2018) left natural and physical damage that has not been repaired to date.  Many people remain in homes that have mold and other dangers because they have nowhere else to go.

10. Currently, I am engaged in several additional strategies to utilize the NEPA process shortly to engage in the siting and development of proposed methane infrastructure. I rely on NEPA processes to learn of new projects that are federally permitted or funded, and I seek to participate in such processes to ensure that my and my partner communities' concerns are addressed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 25 day of June, 2024 at Pembroke, NC.

_____
Donna Chavis