# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
BISMARK DIVISION

| | |
|---|---|
| STATE OF IOWA, | ) |
| STATE OF NORTH DAKOTA, | ) |
| STATE OF ALASKA, | ) |
| STATE OF ARKANSAS, | ) |
| STATE OF FLORIDA, | ) |
| STATE OF GEORGIA, | ) |
| STATE OF IDAHO, | ) Case No. 1:24-cv-00089-DMT-CRH |
| STATE OF KANSAS, | ) |
| COMMONWEALTH OF KENTUCKY, | ) |
| STATE OF LOUISIANA, | ) |
| STATE OF MISSOURI, | ) |
| STATE OF MONTANA, | ) |
| STATE OF NEBRASKA, | ) |
| STATE OF SOUTH CAROLINA, | ) |
| STATE OF SOUTH DAKOTA, | ) |
| STATE OF TENNESSEE, | ) |
| STATE OF TEXAS, | ) |
| STATE OF UTHA, | ) |
| STATE OF VIRGINIA, | ) |
| STATE OF WEST VIRGINIA, and | ) |
| STATE OF WYOMING, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| COUNCIL ON ENVIRONMENTAL | ) |
| QUALITY, and BRENDA MALLORY, in | ) |
| her official capacity as Chair, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF TRICIA CORTEZ**

I, Tricia Cortez, state and declare as follows:

1. My name is Tricia Cortez, and I am the Executive Director of Rio Grande International Study Center ("RGISC"), a nonprofit advocacy organization located in Laredo,

1

Texas. RGISC's mission is "to preserve and protect the Rio Grande-Rio Bravo, its watershed and environment, through awareness, advocacy, research, education, stewardship and bi-national collaboration for the benefit of present and future generations." Nearly 96 percent of the population in Laredo is Hispanic and more than 21 percent of the city's population lives in poverty, which is higher than the state average of 14 percent. RGISC staff and board members live, work, and recreate in and along the Rio Grande, and will continue to do so into the future.

2.  I have 14 years of experience advocating for improving water quality on the Rio Grande as a staffer of the only environmental nonprofit in the Laredo region of South Texas. I'm 49 years old and a mother of two young children, 9 years old and 7 years old, and was born and raised in San Antonio. I attended an inner city public high school and received a bachelor's degree in public policy from the Woodrow Wilson School of Public and International Affairs at Princeton University. I have spent the past 24 years in Laredo, first as a senior reporter at the Laredo Morning Times and then at this nonprofit organization where I have served as its executive director the past 13 years.

3.  Over the past 14 years, I have come to better understand, appreciate, and love the beauty and ecological diversity of the river. As RGISC's executive director, I've worked to conceptualize and carry out signature river-centric events that include the Laredo Birding Festival, Loving Laredo Hikes, Loving Laredo Paddles, Laredo Kayak Races, Dia del Rio, The Border Is Beautiful festival, and community cleanups. The river is a place where I seek solace and am able to reconnect with nature. Throughout the year, I paddle the river, go birding, take hikes along river paths, or just spend time along the river bank.

4.  The Rio Grande is the only source of drinking water for our community and six million other people. It remains one of the world's most endangered rivers, due to insufficient

water supply. It remains a highly distressed river system in a semi-arid region of the world. In the summer of 2020, RGISC members witnessed alarmingly low in-stream flows that fell below 5 cubic meters per second (176 cfs). Although flow rates are extremely variable, the average flow rate is roughly 18-30 cms (635-1,059 cfs) outside of irrigation season for farmers further downstream in the Rio Grande Valley. In 2022 and this year, 2024, we have seen alarmingly low water storage levels in Amistad Dam, the upstream reservoir that holds our water supply.

5. Low in-stream flows, pollution, invasive species, homeland security operations, and unchecked development in our stretch of the river have contributed to growing challenges that impact water availability, water quality, wildlife habitat, and biodiversity. Intensifying climate change impacts, such as declining rainfall, rising temperatures, and extreme heat, are only exacerbating the river's distressed situation.

6. RGISC's workload includes monthly river sampling and water quality testing at multiple locations in Webb County as part of the Texas Clean Rivers Program to monitor the health of the river. I used to carry out this monthly work alongside RGISC co-founder and Advisory Board member, Tom Vaughan, PhD, a biologist and retired university professor. That work is now overseen by our watershed science director Martin Castro. RGISC helped establish this program through local, state and federal entities in the mid-1990s and has done monthly monitoring for more than 30 years.

7. At the end of 2020, RGISC received a competitive grant from the U.S. Bureau of Reclamation to form a new watershed group, and onboard a watershed science director to prioritize the needs for river restoration. Our developing water security and river restoration plan calls for a healthier river system to capitalize on our local natural resources for environmental,

recreational and municipal uses; and to foster development projects that are more harmoniously aligned with nature and that support a greater abundance of local wildlife.

8. At the end of 2021, U.S. Ambassador to Mexico Ken Salazar convened a group of individuals and entities in Laredo and Nuevo Laredo to discuss re-thinking our binational community's approach to the river. From that meeting, a local Binational Working Group was formed in which RGISC is an active member. The Binational Working Group developed a vision concept to focus on a 6.2-mile urban stretch of river to create a new landmark that attracts investments for ecological restoration, sustainable development, safety and security, cultural celebration, and recreational opportunities.

9. Ecologically rich stretches of the river in Laredo/Webb County still exist, and our priority is to make sure that they are protected and preserved for future generations. We are working alongside the City of Laredo to create Laredo's first nature preserve at the bend of the river, on the western edge of downtown. Laredo Seminary once stood there, founded in 1882 just below the walls of Fort McIntosh, now Laredo College. The founding of Laredo in 1755 is tied to this area. Native Americans crossed the river for thousands of years at a location just upstream of the Riverbend and Laredo College called the Paso del Indio. That is where the first Spaniards also crossed the river in the 1700s, and eventually founded a new settlement called Villa de San Agustin de Laredo in 1755.

10. In 2022, RGISC received a $2 million congressional earmark administered by the USDA-NRCS to begin a ground-breaking riparian restoration project along the river underneath Bridge II, at a 40-acre site known as Las Palmas Nature Trail. This work will focus on the removal of water-thirsty invasive species and reforesting with native plants and trees; it should commence in 2023 and take 24-36 months to complete.

11. In 2024, RGISC worked with the City of Laredo to receive $180,000 from the Technical Assistance Program of the North American Development Bank (NADBank) to undertake a 9-month feasibility study of a wastewater reclamation initiative known as a Community Water and Energy Resource Center, or CWERC.

12. As part of this effort, RGISC worked closely with two faculty members at the Harvard University Graduate School of Design and their students to investigate and outline the location and economics of building a CWERC in Laredo. That report was presented to decision makers from the City and County, and other stakeholders in May 2024.

13. Meanwhile, RGISC continues to understake deep community engagement efforts is working with several riverfront neighborhoods, which are marginalized, under-resourced, and low-income to build their civic muscle and have them attend trainings and workshops, with temporary paid job opportunities to carry out ecological restoration work, and we also organize guided field trips for them along the river.

14. RGISC is developing an emerging Air Program focused on a public health threat from a commercial sterilizer that is one of the highest emitters of ethylene oxide, a dangerous air toxic that is extremely carcinogenic in small amounts.

15. In 2024, RGISC will launch Laredo's first hyperlocal air sensors network to measure PM2.5 (fine particulate matter) in and around two of Laredo's busy international ports of entry and their surrounding neighborhoods to better understand exposures and the distribution of air pollution so that we can begin to create local solutions to improve air quality and reduce the amount of greenhouse gas emissions in Webb County, which is expected to fall into NonAttainment, given the EPA's new rule on the national Ambient Air Quality Standard for fine particulate matter, also known as soot.

16. As part of a strategy to mitigate urban heat island and extreme heat, RGISC is undertaking an intensive urban heat island mapping campaign through a grant from the National Oceanic and Atmospheric Administration, and will begin a 3-year schoolyard forest project in 2024 funded by a $3.12 million grant from the Texas A&M Forest Service focused on urban forestry and boosting native tree canopy at eight Laredo ISD campuses to create new outdoor learning experiences for students and teachers.

17. In 2024, RGISC began working with members of the Laredo freight industry to create greater awareness about new EPA rules for Class 8 commercial diesel trucks and new funding sources that are being released to assist with electrification of these vehicles.

18. In South Texas, the Rio Grande serves as the meeting point for the Central and Mississippi flyways, making it one of the most important bird migration routes in North America. Blessed with a rich and diverse river eco-system and by its geography, Laredo is one of the most important bird corridors in North America. It is home to hundreds of species of local and migratory birds, including such prized birds as the Morelet's Seedeater, Scaled Quail, Gray Hawk, Audubon's and Altamira Orioles, Green Parakeets, Muscovy Duck, Red-billed Pigeon, Clay-colored Thrush, and federally listed Inland Least Tern. Webb County is also the northernmost range of many neotropical bird species whose range is predominantly located in Central and South America. The local birding community has been able to take root with the help of RGISC's annual Laredo Birding Festival, established in 2013, and complementary Birds of the Brush art contest for students and professional artists. It is now the largest art contest in Laredo.

19. Every year in early February, RGISC hosts the four-day Laredo Birding Festival. RGISC staff and volunteers from the Monte Mucho Audubon Society take visitors from across

the United States and different countries to observe birds along the Rio Grande in Webb and Zapata counties. The purpose of the festival is to promote awareness of the natural and aesthetic beauty of the Rio Grande and its remarkable avian wildlife; encourage conservation; and advocate for better water quality.

20. RGISC staff and members of the advisory board regularly monitor the presence of invasive giant river cane on the U.S. side of the border. This research also includes looking at the health of endangered mussel species, such as the Mexican Fawnsfoot and federally-listed Texas Hornshell. RGISC staff and advisory board members plan to continue these activities in the future.

21. To support RGISC's efforts around community health in Laredo and around the conservation of the river, RGISC relies of federal environmental statutes such as the National Environmental Policy Act (NEPA) to protect its interests. NEPA provides a procedural safeguard so that projects requiring federal approval or funding account for significant environmental impacts. NEPA also allows for the public to have a voice in advocating for their communities and the places they love.

22. RGISC has used NEPA and its requirements for public transparency, information-sharing, and participation in its work to protect the Rio Grande. For example, in 2009-2010, led by then Executive Director Jay Johnson Castro and then Board members Dr. Tom Vaughan and Dr. James Earhart, RGISC informed and educated the families living in Barrio de Colores of the potential adverse environmental impacts of a U.S. Customs and Border Protection (CBP) project to remove Carrizo cane vegetation along the U.S.-Mexico border through herbicide spraying along the riverbanks.

23. In later federal litigation, Dr. Earhart, a biologist and scientist on the RGISC board, wrote an affidavit that supported a lawsuit's allegations of the potential harmful effects to families in Barrio de Colores from exposure to herbicides used to remove the Carrizo cane, particularly because of aerial spray drift. Through a court-approved settlement, CBP agreed to use a combination of principally non-chemical methods to remove Carrizo cane, along 16.1 river miles in Laredo. CBP agreed to use herbicide in one area only after a 5-day warning period and public information provided in both English and Spanish. The federal agency also agreed to hire a certain number of workers from the local labor pool, and to convene a public information meeting to fully explain the cane removal and control activities to the local community, again in both English and Spanish. Finally, the federal agency agreed to implement future NEPA analysis regarding Carrizo cane removal with at least one public scoping meeting, a 45-day comment period, and summaries and documents translated into Spanish and distributed at the local public library. *Barrio de Colores v. U.S. Customs and Border Protection, Dep't of Homeland Security*, No. 09-0035 (S.D. Tex.).

24. In 2020, RGISC undertook an intensive campaign against the federal government's plans to build a border wall, along 71 river miles along the Rio Grande in the Laredo Sector, which includes Webb and Zapata counties. The Rio Grande is the community's only source of drinking water, and it's an extremely distressed river system due to water quality and water quantity challenges. The World Wildlife Fund continues to rank it as one of the 10 most endangered rivers in the world. The Border Wall presents a direct and immediate threat to the river and its ecosystem, and the public spaces, private homes and private ranches that line the riverbank.

25. NEPA, in addition to dozens of other federal laws, has been waived by the federal government to expedite construction of the Border Wall. Waiver of NEPA for the Border Wall has meant that the federal government can undertake projects or issue permits without consulting local communities and local experts. Waiver of NEPA has taken away the community's voice and input into projects that would harm the environment, public health, cultural heritage, and way of life.

26. I view this as deeply dangerous, and un-American. Our current battle over the Border Wall can give the rest of the nation a glimpse of what a world without NEPA would look like. It would mean a world where the federal government can undertake projects or issue permits without consulting local communities and local experts. It would mean taking away our voice, our rights as American citizens, and our input into projects that could be potentially life threatening, and that would have direct harms to the destruction of a community's environment, public health, cultural heritage, and way of life—to meet the political whims of the day or the interests of large corporations.

27. As Laredo and Webb County continue to grow, there is increasing pressure to build out fossil fuel infrastructure projects that support the hydraulic fracturing of natural gas in Webb County, which often ranks among the top three natural gas producing counties in Texas. There is also mounting pressure to build out a large-scale water supply corporation that would extract groundwater and pipe it across the county and city. NEPA must remain intact to serve as an important tool for local residents and other American people to evaluate these impacts and ensure that those most impacted have a seat at the decision-making table for these types of projects. I worry that reinstating the 2020 NEPA regulations will allow for projects like these to steamroll through our communities without the input of those most impacted.

28. Like the waiver of NEPA, I believe that the 2020 NEPA regulations undercut the ability of the community that RGISC serves to evaluate and comment on the full impacts of projects like the border vegetation control project. The changes to the NEPA regulations also harm RGISC's ability to push federal agencies to fully provide local communities timely, accessible, Spanish-language information about proposed actions and meaningful opportunities to participate in federal decisions that affect them.

29. This is why it is critical that we preserve the current NEPA regulations that uphold the ability of people to have a say in what happens in their communities. The 2024 regulations also provide important requirements such as considering impacts to climate change and environmental justice. Both of these issues speak directly to the mission and work of RGISC. In order for RGISC to continue working with and advocating for South Texas, we need federal agencies to meaningfully engage with the public during NEPA processes and to consider climate and environmental justice before taking action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __27__ day of June, 2024, at __Laredo, Texas_____.

*s/ Tricia Cortez*
Tricia Cortez