# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
BISMARK DIVISION

| | |
|---|---|
| STATE OF IOWA, | ) |
| STATE OF NORTH DAKOTA, | ) |
| STATE OF ALASKA, | ) |
| STATE OF ARKANSAS, | ) |
| STATE OF FLORIDA, | ) |
| STATE OF GEORGIA, | ) |
| STATE OF IDAHO, | ) Case No. 1:24-cv-00089-DMT-CRH |
| STATE OF KANSAS, | ) |
| COMMONWEALTH OF KENTUCKY, | ) |
| STATE OF LOUISIANA, | ) |
| STATE OF MISSOURI, | ) |
| STATE OF MONTANA, | ) |
| STATE OF NEBRASKA, | ) |
| STATE OF SOUTH CAROLINA, | ) |
| STATE OF SOUTH DAKOTA, | ) |
| STATE OF TENNESSEE, | ) |
| STATE OF TEXAS, | ) |
| STATE OF UTHA, | ) |
| STATE OF VIRGINIA, | ) |
| STATE OF WEST VIRGINIA, and | ) |
| STATE OF WYOMING, | ) |
| Plaintiffs, | ) |
| v. | ) |
| COUNCIL ON ENVIRONMENTAL QUALITY, and BRENDA MALLORY, in her official capacity as Chair, | ) |
| Defendants. | ) |

**DECLARATION OF CAROLINE COX**

I, **Caroline Cox**, declare and state as follows:

1. I am a supporter of the Center for Environmental Health ("CEH") and was a staff member until November 30, 2020. CEH is a California non-profit organization founded in 1996

1

with its principal place of business in Oakland, California. CEH has approximately 25 staff members, and an email list of more than 50,000 supporters who regularly receive information and action alerts. CEH works on the regional and national level.

2. I worked for CEH for 14 years, with the primary focus of my work being providing scientific support for CEH's work to reduce exposures to toxic chemicals. I have a Masters Degree in entomology from Oregon State University and have been working on public health issues since 1990, first with pesticides and then with toxic chemicals more generally. I have been a staff scientist at two non-profit environmental health organizations. I currently am retired and live in Eugene, Oregon. I regularly hike on new trails that I have never visited, mostly on national forest land in western Oregon, and I plan to continue this tradition as long as I am physically able. The spectacular beauty of these areas is something that the National Environmental Policy Act (NEPA) has helped to preserve by providing public information about project impacts and alternatives. I hope NEPA will continue to serve the public and help preserve these areas so that I can share them with my grandchildren.

3. I began this work because of an experience I had as a brand-new homeowner, planting my first garden on my own property. When my spring peas were only about a foot high, a municipal truck drove down the alley spraying herbicides and left my peas deformed. I realized that widespread use of toxic chemicals was harming both human and environmental health and that there was a crucial need for development and implementation of safer, more sustainable solutions. NEPA requires federal agencies to inform the public about the harms of and alternatives to toxic chemicals, leading to reduced use.

4. CEH protects people from toxic chemicals by working with communities, consumers, workers, government, and the private sector to demand and support business

practices that are safe for public health and the environment. For CEH, people and their health and well-being are the ultimate concern. I believe that air, water, food, and consumer products should be free of dangerous and untested chemicals.

5. CEH works collaboratively with environmental justice organizations and low-income communities to address the disproportionate toll that toxic chemicals take on their neighborhoods. Historically, CEH's legal action has spurred hundreds of major retailers to remove lead and other toxic chemicals from child and adult jewelry, fashion accessories including those marketed toward low-income buyers, candies, toys, lunchboxes, personal care products, and more. CEH has also taken legal action to force polluting industries to reduce, or otherwise mitigate, hazardous air emissions from low-income communities and communities of color.

6. One of CEH's core values is that people need information in order to both protect themselves and their families and also to advocate for businesses and the government to enact health protective policies. This is the type of public information and public participation that NEPA requires.

7. CEH supporters and staff members have used NEPA's standards and requirements to bring about on-the-ground protections. My work has been focused on toxics for decades. In the 1980s, I was part of a group that used NEPA litigation to force dramatic changes in the use of herbicides for growing crop trees in the Pacific Northwest. Forcing the U.S. Forest Service and U.S. Bureau of Land Management to fully comply with NEPA resulted in changed Forest Service practices, as NEPA's requirements to review alternatives and fully engage the public brought the agency new information and perspectives regarding their herbicide spraying

program.  The net result was that herbicide use decreased dramatically because the NEPA process was so successful in addressing issues that I and other people on the ground cared about.

8.  CEH submitted comments on the NEPA Proposed Rule in March 2020 in coordination with other environmental justice and public health organizations.  Those comments were critical of the proposed rule because CEH felt it would hurt the ability of communities we work with to know what projects were planned and it would harm the ability of the public to meaningfully explain to decision makers how their communities would be impacted by agency proposals.

9.  CEH submitted comments on the CEQ NEPA Phase 2 Proposed Rule in September 2023 in coordination with other environmental justice and public health organizations.  Those comments commended CEQ for prioritizing meaningful public engagement with environmental justice communities in its NEPA regulations and made suggestions to strengthen the rule.  CEH joined Earthjustice and other environmental justice and public health organizations in a letter to Congress opposing S.J. Res. 55 Congressional Review Act Resolution that would undo the Biden CEQ NEPA regulations.  In 2023, CEH joined a large coalition of environmental justice and public health organizations in opposition to Senator Manchin's proposed "permitting reforms" that proposed to restrict public participation in NEPA reviews for certain energy projects.  The communities CEH serves and I are harmed by the 2020 changes in the NEPA regulations that create less public transparency, fail to foster full public participation, curtail review of alternatives, and fail to review the indirect and cumulative impacts of proposed projects. That is why the 2024 updates to the NEPA regulations are so important. They brought back the parts of NEPA that allows for people like me to be able to continue participating in these processes and directs agencies to consider important issues like

environmental justice and climate change in their environmental analysis. The core value of NEPA (requiring the federal government to use all practicable means to create and maintain conditions under which man and nature can exist in productive harmony) is one that is deeply important to me. The new regulations provide crucial support for this core value.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this   21st   day of June, 2024 at Eugene, Oregon.

*Caroline Cox*

Caroline Cox