# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
BISMARK DIVISION

| | |
|---|---|
| STATE OF IOWA, <br> STATE OF NORTH DAKOTA, <br> STATE OF ALASKA, <br> STATE OF ARKANSAS, <br> STATE OF FLORIDA, <br> STATE OF GEORGIA, <br> STATE OF IDAHO, <br> STATE OF KANSAS, <br> COMMONWEALTH OF KENTUCKY, <br> STATE OF LOUISIANA, <br> STATE OF MISSOURI, <br> STATE OF MONTANA, <br> STATE OF NEBRASKA, <br> STATE OF SOUTH CAROLINA, <br> STATE OF SOUTH DAKOTA, <br> STATE OF TENNESSEE, <br> STATE OF TEXAS, <br> STATE OF UTHA, <br> STATE OF VIRGINIA, <br> STATE OF WEST VIRGINIA, and <br> STATE OF WYOMING, <br><br>                 Plaintiffs, <br> v. <br><br> COUNCIL ON ENVIRONMENTAL QUALITY, and BRENDA MALLORY, in her official capacity as Chair, <br><br>                 Defendants. | Case No. 1:24-cv-00089-DMT-CRH |

**DECLARATION OF LISA DEVILLE**

1

I, Lisa DeVille, declare as follows:

1. I am an enrolled member of the Mandan, Hidatsa, Arikara Nation, also known as the Three Affiliated Tribes, in North Dakota. I am a co-creator and current Vice President of Fort Berthold Protectors of Water and Earth Rights (Fort Berthold POWER), which is a member organization of the Dakota Resource Council, which in turn is a member organization of the Western Organization of Resource Councils. I am also a board member of the Western Organization of Resource Councils.

2. Fort Berthold POWER was formed in 2015 to counteract the devastating environmental effects of the implementation of federal hydraulic fracturing projects on the federal trust lands of allottees and the tribal government. The federal project oil and gas wells are primarily in the Mandaree, Four Bears, and Shell Creek communities and underneath the Missouri River which transverses the reservation and is the only available source of drinking water for all communities on the reservation and many off-reservation communities.

3. I live with my husband, five children, and eight grandchildren. We have lived our whole lives in Mandaree, North Dakota, the most extracted community on the Fort Berthold Reservation. Mandaree and the Fort Berthold Reservation are special to me because this where I was raised and where I choose to raise my family. My family and my ancestors are buried here along the shores of Lake Sakakawea. This is the only land that we have left that is our own. We were relocated several times in our history as a people. When my ancestors were intentionally infected with small pox, we were forced to move from our ancestral lands along the Missouri River. And we were forced to move a second time when much of Fort Berthold Reservation was flooded to build Garrison Dam as part of the Pick Sloan project.

4. I have Masters Degrees in Management and Business Administration, and I also have a degree in environmental science. I am trained in using Geographic Information System (GIS) technology and have used that training to map oil and gas wells on the Fort Berthold Reservation.

5. We are connected to the Earth. We are taught in the story of our creation that we are created from the Earth. We are taught that the Earth is our Mother, so we must protect her.

6. We've been living with oil and gas development for over a decade, and we did not know that there would be so much environmental destruction with fracking. There are thousands of oil and gas wells and other equipment on the Fort Berthold Reservation.

7. For the past 15 years, I have witnessed the increase of oil and gas industrialization along with the environmental impacts. We are very much affected by the light pollution from flares. Every direction you look there are gas flares that sound like a roaring jet plane that rumbles the ground like a train passing by. I can feel the earth rumble at nighttime when everything is quiet. At night the sky is lit up like it is still day. Our land once was lush with natural grasses, wildlife, June berries, and plum trees. Our way of life has been changed because of the interruption by the oil industry.

8. In August of 2017, my husband Walter and I got ill from respiratory infections. We first went to Indian Health Service where we received medication but did not get any better for several weeks. We then went to the McKenzie County Clinic, where a physician told us that we had the same symptoms as oil field workers who had come to the clinic—she called it the "Bakken Cough." Walter was given a steroid shot, but I took medication again. It took about 8 weeks for Walter and I to fully heal from the infection. Asthma and respiratory infections are on

3

the rise on the Fort Berthold Reservation. I am very concerned about the air pollution from oil and gas near my home, because I worry that it will impact my health and my family's health.

9. We can constantly smell hydrocarbons in the air, a pungent smell of rotten eggs of sulfur. Air pollution is visible in all directions on the Reservation.

10. Native communities have very few opportunities to voice our concerns about major federal projects such as drilling, highways, pipelines rights-of-way, and industrial waste sites in our backyard. NEPA provides one of the few places we have for public input. In 2020, when the previous administration proposed changes to NEPA to weaken public input, I submitted comments on the proposed NEPA regulatory changes. I strongly opposed these changes because gutting the 40-year-old NEPA regulations would result in less public comment, companies writing their own environmental reviews, and bulldozing burial sites. I gave oral comments on the proposed NEPA regulations at a hearing held in Denver, Colorado on February 11, 2020.

11. For tribal communities like Fort Berthold, which bear the brunt of health problems such as heart disease and asthma from the poorly planned federal projects, NEPA isn't just an environmental protection law, it is a critical tool for ensuring our voice. We cannot afford to lose its protections. Any law like NEPA that provides broad opportunities for public participation in government decisions that affect the environment and local communities should be embraced and strengthened. Tribal communities need to protect NEPA. That is why I support the inclusion in the updated regulations calling for consideration of indigenous knowledge in NEPA reviews, as well as special attention to environmental justice communities and perspectives.

12. I understand and support the requirements of the original NEPA regulations to provide for informed consent of tribal land and mineral owners in federal proposed projects. We have relied on NEPA to inform our community about federal oil and gas fracking actions. Federal extractive projects are often proposed and targeted on trust lands held by tribal members or adjacent to tribal members lands, but just as often federal lead agencies fail to inform tribal members of the anticipated environmental impacts of these projects and fail to provide public participation for tribal members. NEPA's public information and participation requirements are vital to my community. The 2020 amendments to the regulations significantly weakened these requirements, while the 2024 amendments restored them to their original intent and strengthened them in certain respects.

13. Under the 2020 regulations, which weakened requirements to consider indirect and cumulative effects, I was concerned that environmental reviews would fail to account for all the impacts of oil and gas development. I was also concerned that limited comment periods would make it increasingly difficult for me and other tribal members to fully comment. NEPA is the main law which gives us protection from the widespread negative impacts of energy development, because NEPA gives communities like ours on Fort Berthold a voice in the decision-making process surrounding energy development and helps us protect significant historical and cultural sites, burial sites, endangered species, and water. The 2024 regulations removed many of these concerning provisions and restored them to the way that they were before. If the 2020 version of the regulations were restored through this lawsuit, my concerns would resume.

14. I went back to school for environmental science to better understand by studies, research, analysis, and process of environmental justice. My husband and I have been part of

5

many studies and research on Fort Berthold oil and gas and have actively written and attended public comment periods on oil and gas development, Clean Water Act protections, and NEPA regulatory changes.

15.  I am very familiar with the concept of environmental justice.  I previously served on EPA's National Environmental Justice Advisory Committee (NEJAC).  The NEJAC is a Federal Advisory Committee formed in 1993 to provide advice and recommendations to the EPA Administrator and her or his staff about broad, cross-cutting issues related to environmental justice, from all stakeholders involved in the environmental justice dialogue.  The NEJAC also provides a valuable forum for discussions about integrating environmental justice with other EPA priorities and initiatives.  In my view, it is very important to consider environmental justice perspectives in NEPA reviews.

16.  I understand that the impacts of the oil and gas development on Fort Berthold disproportionately harm indigenous people, many of whom are low-income, which is a classic environmental justice problem.  I have reviewed studies that show that four percent of Native American people in North Dakota who live on tribal lands live within ½ mile of an oil or gas well, compared to 2% of the total state population of North Dakota.  This is an environmental justice crisis because, in addition to the people who are disproportionately exposed to pollution from oil and gas being indigenous, Native American people in North Dakota also tend to be low income.  28% of North Dakota's Native American population lives below the poverty line, compared to just 11% of the state population as a whole.

17.  The NEJAC Advisory Council sent EPA a letter, dated August 14, 2019, calling on EPA to "strengthen the validity and integrity of environmental justice analysis and considerations in the NEPA process," and providing a bullet list of specifics, including "[s]tress

to the Council on Environmental Quality (CEQ) the importance of increasing the health and well-being of communities by consistently integrating environmental justice and health analyses and considerations in NEPA reviews." The 2020 NEPA regulatory changes went in the opposite direction and instead undermined environmental justice analysis under NEPA. The 2024 regulatory changes, in contrast, did more to integrate environmental justice perspectives in the NEPA process, as our letter recommended.

18. We choose to live on our ancestral lands, and that means I live with oil and gas. I see the health and environmental impacts every day. I live here, and will continue to live here, so I have no choice but to deal with federal decisions that control the impacts of oil and gas development. I do not plan to move; this is the only land we have left.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 14 day of June, 2024 in Mandaree, North Dakota.

_____
Lisa DeVille