# EXHIBIT S

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
BISMARK DIVISION

| | |
|---|---|
| STATE OF IOWA,<br>STATE OF NORTH DAKOTA,<br>STATE OF ALASKA,<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF GEORGIA,<br>STATE OF IDAHO,<br>STATE OF KANSAS,<br>COMMONWEALTH OF KENTUCKY,<br>STATE OF LOUISIANA,<br>STATE OF MISSOURI,<br>STATE OF MONTANA,<br>STATE OF NEBRASKA,<br>STATE OF SOUTH CAROLINA,<br>STATE OF SOUTH DAKOTA,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS,<br>STATE OF UTHA,<br>STATE OF VIRGINIA,<br>STATE OF WEST VIRGINIA, and<br>STATE OF WYOMING,<br><br>        Plaintiffs,<br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY, and BRENDA MALLORY, in her official capacity as Chair,<br><br>        Defendants. | Case No. 1:24-cv-00089-DMT-CRH |

## DECLARATION OF LANDON NEWELL

I, **LANDON NEWELL**, declare as follows:

    1.    I have personal knowledge of the statements in this Declaration and I am competent to testify to these matters in a judicial forum. If called upon to do so, I could and would testify regarding the following.

1

2.      I have been a full-time staff attorney for the Southern Utah Wilderness Alliance (SUWA) since 2013. SUWA is a nonprofit environmental membership organization dedicated to the preservation of outstanding wilderness found throughout Utah, and the management of wilderness-quality lands in their natural state for the benefit of all Americans. SUWA promotes local and national recognition of the region's unique character through research and public education, and supports administrative and legislative initiatives to permanently protect Utah's wild places. SUWA has approximately 12,000 members in all fifty states and maintains offices in Utah and Washington, D.C. SUWA members use and enjoy federal public lands throughout Utah for a variety of purposes, including scientific study, recreation, wildlife viewing, aesthetic appreciation, viewing cultural and historical artifacts, and financial livelihood.

3.      I am also an active member of SUWA. I live in Salt Lake City and frequently camp, sightsee, hike, fish, bird, and visit Native American cultural sites on U.S. Forest Service- and Bureau of Land Management (BLM)-managed lands in Utah. Some of my favorite places include Dinosaur National Monument, which I visited in summer of 2023 when I rafted the Green River, and Nine Mile and Desolation Canyons, which I most recently visited in November and December 2023 to hike, sightsee, and view cultural sites. These public lands are part of the Colorado Plateau in Utah—an area expected to become significantly hotter and drier over the coming years, largely because of climate change and drought. I plan to return to areas on the Colorado Plateau, including Nine Mile and Desolation Canyons as often as possible but certainly within the next year.

4.      As a staff attorney for SUWA, my work involves reviewing and engaging on energy development proposals involving BLM-managed lands. I regularly submit detailed comments on these proposals, as well as file administrative appeals and federal court litigation

2

regarding BLM's failure to comply with the National Environmental Policy Act's (NEPA) "hard look" mandate, among other alleged violations.

5. For instance, much of my work focuses on BLM's failure to fully consider, analyze, and disclose the impacts of oil and gas leasing and development on greenhouse gas emissions, climate change, and water availability in the Colorado River ecosystem. On behalf of SUWA, I have successfully challenged the sale of hundreds of oil and gas leases in areas proposed for wilderness designation, or other areas proposed for heightened land management protection. These wins have contributed to cleaner air and a more stable climate.

6. The Council on Environmental Quality's (CEQ) 2024 NEPA regulations support my and SUWA's objectives of ensuring BLM takes a hard look at greenhouse gas emissions and climate change impacts from fossil fuel development. The 2024 regulations prioritize climate change in part by encouraging the development of at least one alternative that reduces climate change effects and, where applicable, requiring analysis of climate change-related effects, including quantification of greenhouse gas emissions. *See* 40 C.F.R. §§ 1500.2(e), 1502.16(a)(6) (July 1, 2024).

7. Conversely, if the CEQ's 2024 regulations were to be vacated and the 2020 NEPA regulations reinstated, SUWA would face significant harm because the 2020 regulations eliminate requirements that SUWA has successfully relied on to challenge oil and gas leasing decisions, wins that protected natural resources that I and SUWA's members value. Among other things, and in contrast to the 2024 regulations, the 2020 regulations do not require federal agencies like BLM to analyze reasonable alternatives that minimize adverse effects on important resources such as climate, air quality, and water availability. Under the 2020 regulations, BLM's range of alternatives was merely limited to "a reasonable number of alternatives" with no

requirement that any of the alternatives be more environmentally beneficial than the proposed action or no action alternatives. 40 C.F.R. 1502.14(f) (2020). Consequently, under the 2020 regulations, BLM's required environmental impacts analysis for alternatives to each lease sale or drilling permit approval, which authorize water consumption, greenhouse gas emissions, and exacerbate climate change, is much more limited and does not foster informed decision making.

8. My and SUWA's interest in protecting wilderness-quality lands on the Colorado Plateau is threatened by the environmental degradation brought on by climate change, including drought, soils aridification, loss of native vegetation, and decisions by federal agencies like BLM to approve fossil fuel energy development without fully considering and disclosing climate impacts. These harms to SUWA and myself are mitigated by the CEQ's 2024 regulations. However, an unfavorable court decision vacating the 2024 regulations and reinstating the 2020 regulations would exacerbate these harms to SUWA and myself.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 17 day of June, 2024 at Salt Lake City, UT.

_____
Landon Newell