# EXHIBIT U

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
BISMARK DIVISION

| | |
|---|---|
| STATE OF IOWA, | ) |
| STATE OF NORTH DAKOTA, | ) |
| STATE OF ALASKA, | ) |
| STATE OF ARKANSAS, | ) |
| STATE OF FLORIDA, | ) |
| STATE OF GEORGIA, | ) |
| STATE OF IDAHO, | ) Case No. 1:24-cv-00089-DMT-CRH |
| STATE OF KANSAS, | ) |
| COMMONWEALTH OF KENTUCKY, | ) |
| STATE OF LOUISIANA, | ) |
| STATE OF MISSOURI, | ) |
| STATE OF MONTANA, | ) |
| STATE OF NEBRASKA, | ) |
| STATE OF SOUTH CAROLINA, | ) |
| STATE OF SOUTH DAKOTA, | ) |
| STATE OF TENNESSEE, | ) |
| STATE OF TEXAS, | ) |
| STATE OF UTHA, | ) |
| STATE OF VIRGINIA, | ) |
| STATE OF WEST VIRGINIA, and | ) |
| STATE OF WYOMING, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| COUNCIL ON ENVIRONMENTAL | ) |
| QUALITY, and BRENDA MALLORY, in | ) |
| her official capacity as Chair, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF ROBERT JAMES THOMPSON**

1

I, Robert James Thompson, declare and state as follows:

1.      I am Iñupiat and live in Kaktovik, Alaska. Kaktovik is within the Arctic National Wildlife Refuge (Arctic Refuge or Refuge) in far northeastern Alaska. I moved to Kaktovik in 1988, but I have been coming to Kaktovik since the early 1970s. My family is from Wainwright, Alaska, on the North Slope.

2.      For over twenty years, I owned and operated my own business, Kaktovik Arctic Adventures and was a licensed and permitted guide. The majority of my business was guiding polar bear viewing trips in the Arctic Refuge. I have also guided photographers and journalists in the Arctic Refuge who have published books about the region. I show them the wildlife and the beauty of the land. I want to show people what could be lost if oil drilling is authorized and to make sure people know that this area is worth our strongest protection.

3.      The Iñupiat culture is based on subsistence hunting activities, both on land and in the ocean. I use the Coastal Plain of the Arctic Refuge for subsistence. I hunt caribou every summer and fish in the rivers and lagoons of the Coastal Plain. We also hunt ringed seals. I think that about 95% of the food that we eat comes from the land and oceans nearby.

4.      My wife and I are current members of The Wilderness Society, and we have been supporters of the organization since 2001. I am involved with this organization because it helps protect our Indigenous cultures by saving the lands and waters that are essential to our way of life as Indigenous people who have been here for thousands of years. In the summer of 2020, I took The Wilderness Society's then-Alaska State Director and Assistant Alaska State Director into the Arctic Refuge for ten days on the Hulahula River. While in the Refuge, we had place-based dialogues on the need to protect the Refuge. Since that time, I have accompanied

Wilderness Society staff and others interested in protecting this place on 3 additional trips into the Refuge.

5.  The Coastal Plain is my home. I have been involved in protecting the Coastal Plain for over twenty years because I do not want to live or hunt or fish in an oil field, and I do not want my children, grandchildren, or great-grandchildren to live in an oil field.

6.  To protect the Coastal Plain, I have traveled to Washington, D.C. more than a dozen times to meet with lawmakers. I have also traveled to foreign countries and to several states to tell people about the significance of the Arctic Refuge and what will be lost if it is exploited. And I have participated in various National Environmental Policy Act (NEPA) processes related to the Arctic Refuge, voicing my concerns about the impacts that need to be studied and why the Coastal Plain must be protected. For example, I provided testimony on the draft Environmental Impact Statement (EIS) for the Coastal Plain Oil and Gas Leasing Program in Kaktovik on February 5, 2019 and voiced that not all Iñupiat people want oil and gas. I also submitted written comments on the draft supplemental EIS in September 2023.

7.  I understand that the Arctic Refuge was set aside for protection of wildlife and subsistence purposes. My family relies on subsistence activities. There are many species that are in serious decline. The exact cause may be unknown, but climate change is a significant factor in these declines. There used to be four hundred musk ox in the Arctic Refuge, but due to climate change they are now nearly gone. I saw only one on a June 2018 eighty-mile float trip down the Hulahula River, and we did not see any on our trip down the Hulahula River in June-July of 2020. Musk ox have had to move on because the warmer winters cause rain to fall instead of snow, making the food that they eat icy. It's not good for them, so they leave.

8.	There are 19 threatened and endangered species on the North Slope. The ivory gulls have declined at an alarming rate; no one knows why. Dall sheep are also in serious peril. When I first came here there were 7,000 Dall sheep. In the last count there were 467. Soon there will be even fewer. I remember about a decade ago seeing pictures of dead caribou. They had died during a rain-on-snow event after ingesting ice shards which wore them down. These events are commonplace now with regular rain in the wintertime. Climate change is not some theory that needs more proof. I've seen it. You can't look at a newspaper these days without seeing reports on the decline of animal populations, including the Western Arctic caribou herd and musk ox. This is a short time span considering these animals have been here for thousands of years. Some of these animals are food. It's our culture – of hunting. If the animals are gone, we can't hunt them. I'll probably never hunt a musk ox again.

9.	 It's all caused by climate change in one way or another and I don't see it being addressed. Climate impacts were certainly not addressed in the 2019 leasing EIS for the Coastal Plain oil and gas program. The ongoing status of endangered and threatened wildlife must be addressed, including through rigorous and independent monitoring.

10.	I support the new Council on Environmental Quality (CEQ) NEPA rules because they are supposed to ensure that agencies consider climate change when making decisions, disclose the amount of climate pollution their proposals will create, and study ways to reduce climate pollution and climate impacts.

11.	At a 2019 hearing on the draft EIS in Kaktovik, I asked why the EIS did not evaluate how oil development would impact musk ox and ivory gulls. I was told that BLM would look at impacts later when there are specific drilling proposals. I worried that "later" may never come, which is why I strongly opposed the CEQ's 2020 NEPA rules that would have

weakened analysis of oil company drilling proposals. I am thankful CEQ in 2022 restored the requirement to look at cumulative impacts. Without these and other safeguards in the NEPA process, oil companies will continue to get to do what they want to maximize profits. Climate pollution has global impacts, so agencies must fully evaluate its cumulative impacts, including the effect of pollution created by oil put on the market.

12. NEPA studies should also consider the effects of climate change on wildlife. Our actions and our pollution have impacts all over the world. It's all connected. Pollution created here doesn't just affect this little area where I live. Its effects are regional and even global. Pollution has caused the whole Yukon River to be closed down. 10 billion snow crabs died in the Bering Sea. What happens in one place affects people and the environment in other places.

13. Even in one place, the effects of climate change are far-reaching and interconnected. The glacier that feeds the Hulahula River is expected to be gone in our lifetime. That river takes nutrients to the ocean, which provides food for the fish, which provides food for the seals, which provides food for the polar bears. If one thing collapses, others follow. It seems hopeless at times, but we have to do something. I believe that starts with acknowledging and studying the science, the knowledge of Indigenous peoples, and web of effects that can be expected from any particular action that fuels climate change. I understand that the new NEPA rules will help ensure this happens.

14. I believe that oil exploitation would be fatal for polar bears because the Coastal Plain is one of their main denning areas. Climate change has made it so many more bears come ashore because the sea ice either no longer exists or is too unstable for bears to hunt there. It makes it so they must come to shore because their sea ice habitat is gone. I see it out my window.

It's open water right now in June. Polar bears were a month late getting out of here because of open water. That's our food. That's our culture. That's what we evolved with.

15. Leasing for oil and gas activities will only make fewer areas on land for the bears to go. They are already having difficulty with enough sea ice to survive, and frequently den on land here. Development will take place in areas where they den. The Coastal Plain is the most common onshore polar bear denning site anywhere. The seismic exploration activities will take place in winter and displace them during a critical time when sows den and give birth. Already they are down 56% in the Beaufort population. I do not believe the technology exists to keep polar bears safe from exploration activities because it is impossible to know where they are denning. There will probably be bears that die, and sows that leave their cubs, because of the surface disturbance from seismic exploration.

16. Polar bears are already suffering from the cumulative effects of oil and gas activities. They are having to come up onshore to find a new way to survive. It used to be unusual to see bears onshore; now they are all over the place. Their habitat is going away. I have had several bear incidents. They are coming to town for food and dumpster diving. Sometimes polar bears have to be killed because they are getting too close to people and people feel threatened. Climate change is causing a lack of food. More polar bears are having negative encounters with humans. Having to shoot bears in town puts more strain on the already fragile population. If things keep going the way they are going, scientists have predicted that polar bears will be extinct in Alaska by 2050. Oil and gas activity will further harm these already-stressed bears. That means I might see the last polar bear in my lifetime. This is upsetting to me.

17. It's important to have the bears around, they are part of the Arctic: everything in our culture needs to be here including our relationship with the bears. The 2019 EIS for the

leasing program did not sufficiently consider harms to polar bears because it assumed industry can effectively locate dens to avoid disturbance; but that EIS also didn't consider ways to meaningfully *mitigate* impacts to these species. I think that if BLM had used better science and carefully considered impacts it would not have decided to lease so much of the Coastal Plain in 2020. The new NEPA rules are written to ensure that agencies use good science and that they study ways to reduce impacts. I also support that agencies will need to identify the alternative that best protects the environment and the health of impacted people.

18. The Arctic Refuge is deficient in the studies they're supposed to do on wildlife. Without that information, they can't put into place the protections they're supposed to. They need to do the counts and provide the data. I live here so I see what's going on with the polar bears, musk ox, ivory gulls, caribou, and Dall sheep. I have more information than most biologists because I've lived here and observed the changes for over 50 years. Under the new NEPA rules, the government may consider Indigenous Knowledge in environmental reviews when it is appropriate to do so. Considering Indigenous Knowledge in decision making and NEPA reviews will help agencies make better, more informed decisions, as NEPA intended.

19. Our reserved Indigenous rights and promises by the federal government have been broken. I ask where will I hunt? In an oil field where there is no wildlife? The Alaska National Interest Lands Conservation Act (ANILCA) is supposed to guarantee us our hunting rights, but we can't hunt next to oil pipelines and equipment. Those who want to drill here, including the federal government which would allow it, are circumventing the intent of ANILCA. The new NEPA rules require that the government consider our treaty rights in NEPA processes, which requires full and transparent evaluation of impacts to the resources upon which our ability to exercise our reserved Indigenous rights depends.

20.     I don't believe that corporations care about the health of the Eskimos. I see black smoke in my village that comes in from Prudhoe Bay, it's called Arctic Haze. We are already experiencing cumulative impacts from the offshore oil and gas activities as well. I have heard from people that live in Nuiqsut near this pollution that they have had a 600% increase in respiratory health issues. These impacts mostly affect Indigenous people.

21.     I am concerned about all the plastic and related pollution that comes from the added garbage from oil development in the Arctic. Where will it go? It will be incinerated, with all the particles from the combustion going up into the atmosphere and then falling back down onto the tundra, into the water, and on our community, which will contaminate our health and the health of our wildlife. I think if oil development polluted the bodies of white people, they wouldn't do it. I want to have a clean environment, for myself and my family and our wildlife. We've been putting up with the pollution and burdens of oil development for too long. They are now finding microplastics in our water and in the body tissue of walruses. The new NEPA rules will require consideration of these effects on our community, our local environment, and our Indigenous reserved rights, and will require that the government study ways to avoid or reduce these adverse effects. It's a matter of fairness, of justice. I appreciate that the new NEPA rules will emphasize the importance of ensuring that government decisions do not worsen conditions for communities that are already struggling with too much pollution and compromised health. I understand that under the new NEPA rules, agencies will need to study and disclose whether and how proposed projects may place extra burdens on these communities and are encouraged to consider mitigation measures that could address any extra burdens. This improvement is long overdue.

22. I believe similar development around Kaktovik will have lasting health effects on our people. More infrastructure that is put in place will create additional pollution that is not good for Native people. The government says the pollution will dissipate into the air, but we live here and know that isn't true. I don't need any more chemicals in my body. I don't want my grandkids to have a shorter lifespan so somebody can make some money. If the Coastal Plain is developed, the corporations and government will not undo the development. Human health needs to be a greater concern when the government looks at impacts and must be fully analyzed under NEPA. Independent monitoring of all impacts must also be required.

23. When I first started coming to Kaktovik in the 1970s, the Coastal Plain was much different than it is today. Our average temperature is five degrees warmer now. We regularly get rain in the wintertime. The Arctic Ocean is opening up and losing its ice earlier. Now, we have dozens of polar bears in our village. Traditionally, we could cut into the permafrost to store our meat. Now it's filling up with meltwater, so we have to use big freezers, which costs us more and uses more energy.

24. There are many signs of climate change here: houses washing away due to severe erosion to coastal communities, decreased snow cover, the ground caving in because of permafrost melting, human bodies (our deceased) coming out of the ground as it melts, storm surges wiping out entire communities of nesting eiders, caribou dying off, and musk ox moving to new territory. These are cumulative impacts from the oil and gas activities that abound on the North Slope.

25. I'm taking personal steps to move myself away from oil consumption. For example, I'm taking initial steps to run my house by wind power. I am also advocating more broadly for transition to renewable energy at the community-level – something the new NEPA

rules are intended to promote – which would benefit the environment and save money. To do our part, for future generations.

26. Originally I wanted to protect the Coastal Plain because I didn't want my hunting grounds to turn into an oil field. Over time it evolved to much more than that. We have to care about the planet. Climate change is going to cause the planet to be uninhabitable, and it's all because of fossil fuels. I won't be here, but my descendants will be. What will they say 100 years from now: why didn't those people do something? I fear for the future of my people and the Coastal Plain if development activities are allowed to go forward. We are not doing enough, but under the new NEPA rules, the government will have to analyze the climate impacts, the health impacts, and the impacts to communities and to wildlife that are most impacted by development.

27. I'm glad that I was able to attend the 2019 hearing on the draft EIS for the leasing program, share my ideas, and find out more, but it's irritating to participate in a hearing where you know the government is not listening and trying to find ways to circumvent what people bring up. That was my experience at the hearing in Kaktovik. The new NEPA rules will help ensure that the government engage with impacted communities early and will make it easier for people like me to participate in the environmental review process.

28. I believe people have a right to know what's going on and share their views. And NEPA guarantees that right. I talked to Indigenous people in Siberia, and they wouldn't know what was going on until tractors came over the field and it was too late. I've seen that in my lifetime, where baseline studies were done with seismic equipment in the ocean with no notice or analysis of the impacts. So, we've progressed somewhat from that. At least now there are meetings, even if they don't always listen to us. Having the right to bring these things up is

important. We need some way to have meaningful involvement because we know this area more than oil company people or the government.

29.     The disastrous Willow oil drilling project to the West of where I live will generate immense climate pollution and exacerbate all the climate-related impacts I have described here. The BLM initially proposed five drill pads for Willow, but then cut it back to three to appease people. They give us "choices," but not "none of the above." I understand that the new NEPA rules will help by clarifying that agencies should evaluate and disclose the environmental consequences of a project as measured against a baseline of "no action" and that the environmentally preferable alternative may be the "no action" alternative.

30.     For years I have seen the oil companies, Native corporations, and pro-drilling entities intimidate and silence opposition. Some people in Kaktovik said they wanted to sign a petition in opposition to oil development, but they're scared it would impact their jobs. Most of the jobs are oil related. If you are a teacher in the school, you know your money for the school and your job comes from oil. The Arctic Slope Regional Corporation wants to develop their oil and make millions, so they put the pressure on just about everybody. Word gets out that if you oppose, you're fired. I have personal experience with this. I was not hired for a job I was qualified for because of my opposition to oil. In around 1988-1989, I applied for a job with the North Slope Borough to a position for housing maintenance, and they hired a less qualified person for the job. Although I was qualified for the job, I believe I was not hired just because I opposed oil development. I also tried to get scientific information into the school but couldn't because they teach oil curriculum. The school receives a lot of money from the oil development through taxes paid to the North Slope Borough. I don't think anybody ought to be stifling information to the benefit of the oil companies or corporations.

31. There needs to be transparency in the process of deciding what happens to the Coastal Plain and across the North Slope – especially after the Willow project was approved – and to the future of our climate. The people that will be impacted by the oil and gas activities need to know what is going on and be able to attend meetings so we can tell officials what is happening to our home. As Indigenous people, we have been pushed around and it's time that stopped: it's not right and doesn't feel good to put this burden on our culture. The government only has the "drill baby drill" mentality, which is not healthy for our animals or people. The Coastal Plain is a small area, but it's so important for the Indigenous people. It should be off-limits to oil and gas and protected. NEPA is one of the ways that guarantees we have a say. The federal government literally bulldozed the traditional homes in Kaktovik in order to build a runway for the Distant Early Warning System (DEW line). They did that without any warning or input from the people; there was no method for people to be heard. I am hopeful that the new NEPA rules will make sure something like that never happens again.

32. I am supporting the new CEQ NEPA rules because they will improve my ability to protect the Coastal Plain from oil development. I am very concerned about the health of my community and our access to subsistence resources if oil development takes place and we don't have a say in it. The Coastal Plain is my home. I am in it every day. I will not stop fighting to keep my home.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this _20_ day of June, 2024, at Kaktovik, Alaska.

*Robert J. Thompson*
Robert James Thompson