# EXHIBIT V

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
BISMARK DIVISION

STATE OF IOWA,                                        )
STATE OF NORTH DAKOTA,                                )
STATE OF ALASKA,                                      )
STATE OF ARKANSAS,                                    )
STATE OF FLORIDA,                                     )
STATE OF GEORGIA,                                     )
STATE OF IDAHO,                                       ) Case No. 1:24-cv-00089-DMT-CRH
STATE OF KANSAS,                                      )
COMMONWEALTH OF KENTUCKY,                             )
STATE OF LOUISIANA,                                   )
STATE OF MISSOURI,                                    )
STATE OF MONTANA,                                     )
STATE OF NEBRASKA,                                    )
STATE OF SOUTH CAROLINA,                              )
STATE OF SOUTH DAKOTA,                                )
STATE OF TENNESSEE,                                   )
STATE OF TEXAS,                                       )
STATE OF UTHA,                                        )
STATE OF VIRGINIA,                                    )
STATE OF WEST VIRGINIA, and                           )
STATE OF WYOMING,                                     )
                                                      )
                    Plaintiffs,                       )
          v.                                          )
                                                      )
COUNCIL ON ENVIRONMENTAL                              )
QUALITY, and BRENDA MALLORY, in                       )
her official capacity as Chair,                       )
                                                      )
                    Defendants.                       )

---

**DECLARATION OF JOSE VARGAS**

---

I, JOSE VARGAS, hereby declare as follows:

1. I am the Executive Director of the Labor Council for Latin American Advancement ("LCLAA"). I have served as LCLAA's Executive Director for approximately 5 years. In this capacity, I am familiar with all aspects of LCLAA's mission, purpose, and activities.

2. Before becoming the Executive Director of LCLAA, I dedicated 34 years to teaching in the NYC public school system. My background spans both education and labor, holding a Master's degree in Labor Studies from Cornell University and a Master's degree in Special Education from The City University of New York, in addition to a Bachelor's degree in Science. During my tenure, I also served as the Bronx Borough Representative, leading the 342 schools in the Bronx County. My extensive education and work experience drive my commitment to advocating for those without a voice and fighting against the marginalization of my community.

3. LCLAA is a 501(c)(3) membership organization representing the interests of approximately 2 million Latino workers in the American Federation of Labor-Congress of Industrial Organizations (AFL-CIO), The Change to Win Federation, Independent Unions and all its membership. LCLAA's headquarters is in Washington D.C., and it has more than 50 chapters across the country. As part of its mission, LCLAA focuses on protecting its members from occupational and environmental health and safety threats and advocating for stronger governmental safeguards against workplace hazards.

4. It is well documented that Hispanic and foreign-born workers, many of whom have limited English proficiency, are disproportionately overrepresented in certain trades, such as construction and agriculture, with a high risk of exposure to environmental toxins and hazards. LCLAA regularly seeks to advocate for these workers in federal and state

environmental processes, including processes under the National Environmental Policy Act ("NEPA").

5.  We recognize that our country is in dire need of job-creating infrastructure investment, and we strongly support that investment. As the U.S. government begins the largest infrastructure build-out since the New Deal to transition our economy to clean energy, we know that these investments should be structured in ways that create good-paying union jobs while adhering to strong environmental and health standards. This can only happen through a robust and thorough NEPA process for federally funded and permitted projects.

6.  NEPA provides Latino communities and laborers a voice in some of the most consequential government decisions, impacting where we work, how we work, the rights and safeguards we have on the job, and even the health and well-being of our families. As Latino workers, we play a major role in building and maintaining our nation's transportation and energy infrastructure, the same infrastructure that allows our country to prosper. In many instances, Latino workers and working families bear the brunt of federal projects, making our communities more vulnerable to rushed or ill-planned decisions.

7.  NEPA provides an important voice for Latino workers and working families as we tend to be among the most impacted by federal projects. Latino workers account for over 43% of ground, maintenance and construction workers and up to 75% of agricultural laborers. Our families live, breathe, learn, and play in communities next to federally funded highways, incinerators, power plants, pipelines, and toxic waste sites. How these projects are built and how they are run dictate the quality of our health and safety as workers within those facilities as well as the health of our families who live near them. We need a

voice in how these projects are developed, and if implemented properly, NEPA can provide it. Moreover, NEPA is one of the only legislative tools our communities have to fight for their lives and livelihoods.

8.  We consistently use NEPA's public disclosure mandate to learn about how projects are developed and how they will impact our families. We use NEPA's public comment opportunities to fight against worker exploitation and for safer and healthier workplaces. We also use it to improve projects with our trade and local expertise. We at the Labor Council for Latin American Advancement (LCLAA) strongly support the National Environmental Policy Act (NEPA) and adamantly oppose any rollbacks that may impede its effectiveness. The NEPA process consists of vital mechanisms that provide transparency and an open dialogue to critical infrastructure projects. NEPA's public disclosure mandate provides Latino workers and families with up-to-date announcements of projects impacting their communities, and it is imperative that these families continue to be a part of the dialogue. Overall, we use NEPA to make projects better, to make jobs better, and to keep our communities safe.

9.  Although NEPA has historically been used to address environmental priorities, it can also be used to address related but independent issues that impact labor, immigrant, and human rights. For example, when a power plant is being developed, we comment during the NEPA process to address concerns around workers' health and safety. Similarly, when an immigration detention center is planned, we can elevate the issue of detainee health and safety. NEPA is an environmental protections statute, and it is also a civic engagement one that we rely on.

10. Under the previous Administration in 2020, we vehemently opposed CEQ's rulemaking that significantly undermined the ability of our members to meaningfully engage in federal decision-making. The 2020 CEQ rules significantly weakened the scope of NEPA, make public input more difficult, and insulated arbitrary agency decisions from oversight. In finalizing the rule challenged in this lawsuit, the current Administration addressed many of our concerns with the previous rule, and took additional measures to actually improve how the federal government engages communities and reviews the environmental justice and climate impacts of its decisions. We engaged deeply in CEQ's rulemaking process because we know that meaningful engagement and robust review are a predicate to a permitting process that is both efficient and responsible.

11. We especially support provisions in the revised rules that seek to direct attention to environmental justice communities and concerns. For decades, lower income and minority communities bore the brunt of pollution and environmental hazards in the United States, and still do. The 2024 rule is a first step in seeking to reverse this longstanding pattern. In this lawsuit, the plaintiffs seek to strip this provision from NEPA's implementing rules. In my experience, ignoring environmental justice issues will mean more environmental and health harm to low income and minority communities, more controversial decisions, and slower implementation of federal actions overall. Conversely, listening to the concerns of people who have historically borne the worst impacts of pollution will lead to stronger decisions and faster implementation.

12. In short, NEPA is the bridge, not the barrier, to constructing the strong, resilient infrastructure we need to address urgent issues while protecting communities in the process. No one cares more about getting projects on the ground completed than the labor

movement.  In our view, the 2024 rules are a major step forward in better federal

decisions and more effective and durable implementation.


I declare under the penalty of perjury that the foregoing is true and correct, to the best of my

knowledge, information, and belief.


Dated this 20th day of June, 2024.




_____

Jose Vargas