# EXHIBIT W

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
BISMARK DIVISION

| | |
|---|---|
| STATE OF IOWA, ) | |
| STATE OF NORTH DAKOTA, ) | |
| STATE OF ALASKA, ) | |
| STATE OF ARKANSAS, ) | |
| STATE OF FLORIDA, ) | |
| STATE OF GEORGIA, ) | |
| STATE OF IDAHO, ) | Case No. 1:24-cv-00089-DMT-CRH |
| STATE OF KANSAS, ) | |
| COMMONWEALTH OF KENTUCKY, ) | |
| STATE OF LOUISIANA, ) | |
| STATE OF MISSOURI, ) | |
| STATE OF MONTANA, ) | |
| STATE OF NEBRASKA, ) | |
| STATE OF SOUTH CAROLINA, ) | |
| STATE OF SOUTH DAKOTA, ) | |
| STATE OF TENNESSEE, ) | |
| STATE OF TEXAS, ) | |
| STATE OF UTHA, ) | |
| STATE OF VIRGINIA, ) | |
| STATE OF WEST VIRGINIA, and ) | |
| STATE OF WYOMING, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| COUNCIL ON ENVIRONMENTAL ) | |
| QUALITY, and BRENDA MALLORY, in ) | |
| her official capacity as Chair, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF ANDREA VIDAURRE**

I, **Andrea Vidaurre**, declare as follows:

1. I am the co-founder and Policy Lead for People's Collective for Environmental Justice ("PCEJ"), an incorporated association based in San Bernardino, California. I have

1

worked in this position since PCEJ was founded in August 2020. I am also a member of PCEJ and have been since August 2020.

2. PCEJ aims to fight against pollution and environmental racism by building community power. PCEJ works to build for the health, well-being, and self-reliance of the Inland Empire, which has some of the worst air pollution in the nation. Roughly 40% of the nation's shipped goods move through the Inland Empire, primarily via two of the world's busiest ports at Long Beach and Los Angeles, and contains a billion square feet of warehouses and half a million diesel trucks. The region's 32,000 warehouses are sited primarily nearby low-income communities and communities of color.

3. I have worked on environmental justice issues for the past six years, including issues of air quality and land use. As Policy Lead at PCEJ, I track and analyze local, regional, state, and federal policies related to air quality. I provide policy recommendations to ensure that these policies better fit the lived experiences of communities in the Inland Empire.

4. Living in an area of high air pollution impacts the physical health of PCEJ members. For example, there are hundreds to thousands of trucks going to and from warehouses in my community, which impact PCEJ members who live near warehouses. They suffer health harms from the pollution from these warehouse operations, including higher rates of asthma, occupational allergies, nosebleeds, headaches, and other chronic diseases.

5. It is common for children under the age of one to develop allergies because of the air pollution levels around their homes. PCEJ members have also had family members die prematurely because of the environment they live in and the cumulative impacts of many sources of pollution.

6. Pollution also negatively impacts the mental health of PCEJ members. The number of warehouses in the South Coast, particularly the Inland Empire, has destabilized and displaced many communities. PCEJ members are frontline to warehouse pollution and bear the emotional toll of knowing that their homes – where they wish to retire or raise children – are in an industrial zone.

7. Having lived in the South Coast my whole life, I have also experienced negative short- and long-term health effects because of the poor air quality in the region. I check the air quality every single day before deciding whether or not to go outside, or even leave my windows open. Air pollution is a direct threat to me and other PCEJ members. Many people in our communities may not know the negative impacts of breathing unhealthy air and will go outside unprotected. For those who do understand the impacts, it is mentally draining to think about the causes of this horrible air pollution and the disregard that politicians and industry have for our lives.

8. Our work organizing the community to fight pollution and highlight environmental justice harms has yielded significant results. For example, the California Air Resources Board adopted stringent new rules cutting down pollution from trucks and locomotives.

9. In 2024, for my efforts to fight pollution and environmental racism in Southern California, I was awarded the Goldman Prize, which recognizes grassroots environmental activists and leaders. The Goldman Prize is sometimes called the "Green Nobel." A video explaining why I was chosen for this award is available here: https://pc4ej.org/.

10. My organization and I engage in processes under NEPA and its state counterpart, the California Environmental Quality Act ("CEQA"). These processes provide us with an extra

layer of accountability, transparency, and process that we need to be able to engage when decisions impacts our community. This is especially true because we live in an area that suffers from the cumulative impacts of many individual decisions: my office is surrounded by four major freeways, all of which move cargo, and around 100 warehouses and an intermodal railyard. Without these processes, it would be impossible to know about decisions which will make air pollution worse.

11. A good example was the work I did opposing a major expansion of the San Bernardino airport, which primarily deals with freight for the warehouses in my community. The NEPA process was very poorly executed. We found out about it almost by accident, as the notification was printed in the back of a small newspaper. The project would add massive quantities of new air pollution to our already overburdened community. But the Federal Agency Administration ("FAA") refused to consider those impacts or how our community already suffers from such extensive pollution.

12. We brought a lawsuit challenging that decision but it was not successful. One judge dissented. She saw the problem. She said, "I do not say this lightly, but it must be said. This case reeks of environmental racism, defined as "the creation, construction, and enforcement of environmental laws that have a disproportionate and disparate impact upon a particular race." San Bernardino County, California, is one of the most polluted corridors in the entire United States. Not so coincidentally, the location within San Bernardino County that is the site of the approved project in this case is populated overwhelmingly by people of color: 73% Latinx and 13% African-American. Asthma rates in the community are among the highest 2% in California and more than 95% of the community lives below the poverty level. Environmental racism is

4

real." *Center for Community Action and Environmental Justice v. Federal Aviation Administration*, 18 F.4th 592, 614 (9th Cir. 2021).

13. The dissenting judge correctly observed that this project would never be sited in a wealthy community. "Does anyone doubt that this Environmental Analysis would not see the light of day if this project were sited anywhere near the wealthy enclave where the multibillionaire owner of Amazon resides? Certainly not."

14. The new regulations, adopted in 2024, require agencies to do a better job of considering these kind of impacts in NEPA reviews. This is very important to me, my organization, and my community. We have few measures to hold people accountable for the harm they impose on our health. Under CEQA, we typically ask agencies to consider things like race and income in their decisionmaking, and they usually do so when we ask. This is important because historically our communities have been under attack from polluting industries. If we can expose this, we may be able to begin cleaning up the air and protect people's health.

15. Failure to consider how race and poverty interact with government and business decisions is the root of the problem, its why we are in the position we are in. That's why we support the regulations which call attention to environmental justice concerns and communities in NEPA reviews. Removing these provisions would harm me, my organization, and my community.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 24 day of June, 2024 at San Bernardino.

Andrea Vidaurre

5