IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATE OF IOWA, ET Al.<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY, ET AL. | MOTION TO APPEAR PRO HAC VICE<br><br>Case No. 1:24-cv-00089-DMT-CRH |

Susan Jane M. Brown, an attorney for Intervenor-Defendants moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Oregon State Bar #054607<br>Washington State Bar #31224<br>Supreme Court of the State of Oregon<br>U.S. District Court for the District of Oregon<br>Supreme Court for the State of Washington<br>U.S. District Court for the Western District of Washington<br>Ninth Circuit Court of Appeals |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 27 day of June, 2024         .

/s/     *Susan Jane M. Brown*

OSB #054607
Silvix Resources
4107 NE Couch St.
Portland, OR 97232
503-680-5513
sjb@silvix.org