# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

|  |  |
|---|---|
| STATE OF IOWA, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | |
| COUNCIL ON ENVIRONMENTAL ) | Case No. 1:24-cv-00089-DMT-CRH |
| QUALITY and BRENDA MALLORY, in her ) | |
| official capacity as Chair of the Council on ) | |
| Environmental Quality, ) | |
| ) | |
| *Defendants*, ) | |

## JOINT REQUEST FOR ENTRY OF SCHEDULING ORDER

Pursuant to Local Civil Rule 7.1(C), the Parties write to request that the Court enter the following proposed schedule. Specifically, the Parties have conferred and agree that the following proposal will facilitate expeditious resolution of this matter on the merits without the need for Plaintiffs to seek preliminary injunctive relief.[1]

| | |
|---|---|
| **Defendants' Answer:** | **July 11, 2024** |
| **Defendants' Lodging of the Administrative Record:** | **July 11, 2024** |
| **Plaintiffs' Cross-Motion for Summary Judgment:** | **August 2, 2024** |
| **Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Cross-Motion** | **August 30, 2024** |
| **Plaintiffs' Reply in Support of Cross-Motion for Summary Judgment and Opposition to Defendants' Cross-Motion** | **September 20, 2024** |
| **Defendants' Reply in Support of Cross-Motion for Summary Judgment** | **October 11, 2024** |

---

[1] Accordingly, the Parties submit there is no need for the Court to set a scheduling conference under Local Civil Rule 16.1.

**Oral Argument**                                                                                                    TBD[2]

      Further to this request, the Parties' request the Court modify the page limitations set forth in Local Civil Rule 7(A)(1) by providing that each Party's initial cross-motion for summary judgment not exceed 55 pages, and each Party's reply not exceed 35 pages.

      Finally, Defendants request that they be exempted from filing the entire administrative record on the docket. Instead, Defendants propose that they provide the Parties with an electronic version of the record, and then file a record appendix at the conclusion of merits briefing.

      At present, the record includes more than 1,400 documents. Filing a record of that size via ECF is extremely cumbersome and has proven challenging in several jurisdictions when required by local rule. Defendants therefore propose that: (1) they file a notice of lodging, the record index, and supporting documents via ECF; and (2) they provide electronic versions of the record documents and a hyperlinked index to the record to the Parties. Upon conclusion of merits briefing, Defendants will facilitate compilation of an appendix of record materials cited by the Parties for filing on the docket. *See* 5 U.S.C. § 706 (courts "shall review the whole record or *those parts of it cited by a party*." (emphasis added)).

      Respectfully submitted this 1st day of July, 2024,

              TODD KIM
              Assistant Attorney General
              United States Department of Justice
              Environment & Natural Resources Division

              */s/ Gregory M. Cumming*
              Gregory M. Cumming

---

[2] The Parties agree oral argument in this matter would be helpful, but defer to the Court as to the scheduling of such argument. *See* Local Civil Rule 7(E).

Paul G. Freeborne
Samantha G. Peltz
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (phone)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

*Counsel for Federal Defendants*

|  |  |
|---|---|
| May 21, 2024 | Respectfully submitted, |

| | |
|---|---|
| BRENNA BIRD<br>Attorney General of Iowa | DREW H. WRIGLEY<br>North Dakota Attorney General |
| */s/ Eric Wessan* | /s/ *Philip Axt* |
| ERIC WESSAN<br>*Solicitor General*<br>Alexa Den Herder<br>*Assistant Solicitor General*<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, Iowa 50319<br>(515) 823-9117<br>eric.wessan@ag.iowa.gov<br>alexa.denherder@ag.iowa.gov | PHILIP AXT<br>*Solicitor General*<br><br>Office of Attorney General<br>600 E. Boulevard Ave Dept. 125<br>Bismarck ND 58505<br>(701) 328-2210<br>pjaxt@nd.gov |
| *Counsel for the State of Iowa* | *Counsel for the State of North Dakota* |
|  | TREG TAYLOR<br>Alaska Attorney General |

3

/s/ *Wade M. Withington*
WADE M. WITHINGTON
*Assistant Attorney General, Civil Division*
Office of the Alaska Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
(907) 269-5232
wade.withington@alaska.gov

*Counsel for the State of Alaska*

TIM GRIFFIN
Arkansas Attorney General

/s/ *Nicholas J. Bronni*
NICHOLAS J. BRONNI
*Solicitor General*
DYLAN L. JACOBS
*Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov

*Counsel for the State of Arkansas*

ASHLEY MOODY
Florida Attorney General

*/s/ Natalie P. Christmas*
Natalie P. Christmas (Fla. Bar. No. 1019180)
SENIOR COUNSELOR
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

CHRISTOPHER M. CARR
Georgia Attorney General

/s/ *Justin T. Golart*
JUSTIN T. GOLART
*Deputy Solicitor General*
Office of the Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334
(404) 458-3252
jgolart@law.ga.gov

*Counsel for the State of Georgia*

RAÚL R. LABRADOR
Idaho Attorney General

/s/ *Joshua N. Turner*
JOSHUA N. TURNER
*Chief of Constitutional Litigation and Policy*
ALAN M. HURST
*Solicitor General*
JOY M. VEGA
*Lead Deputy Attorney General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Josh.Turner@ag.idaho.gov
Alan.Hurst@ag.idaho.gov
Joy.Vega@ag.idaho.gov

*Counsel for State of Idaho*

KRIS W. KOBACH
Kansas Attorney General

*/s/Abhishek S. Kambli*
ABHISHEK S. KAMBLI
*Deputy Attorney General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-2215
Fax: (785) 296-3131
abhishek.kambli@ag.ks.gov

*Counsel for the State of Kansas*

4

RUSSELL COLEMAN
Kentucky Attorney General

/s/ *Victor B. Maddox*
VICTOR B. MADDOX
AARON SILLETTO
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
victor.maddox@ky.gov
aaron.silletto@ky.gov

*Counsel for the Commonwealth of Kentucky*

LIZ B. MURRILL
Louisiana Attorney General

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA
*Solicitor General*
AUTUMN HAMIT PATTERSON
*Special Assistant Solicitor General*
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagaj@ag.louisiana.gov

*Counsel for the State of Louisiana*

ANDREW T. BAILEY
Missouri Attorney General

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE, 69875MO
*Solicitor General*
Office of the Attorney General
207 West High St.
Jefferson City, MO 65101
Phone: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*

AUSTIN KNUDSEN

Montana Attorney General

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
*Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for the State of Montana*

MICHAEL T. HILGERS
Nebraska Attorney General

*/s/ Grant D. Strobl*
GRANT D. STROBL
*Assistant Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
grant.strobl@nebraska.gov

*Counsel for the State of Nebraska*

ALAN WILSON
South Carolina Attorney General

/s/ *Joseph D. Spate*
JOSEPH D. SPATE
*Assistant Deputy Solicitor General*
Office of the South Carolina Attorney General
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for the State of South Carolina*

MARTY J. JACKLEY
South Dakota Attorney General

*/s/ Charles McGuigan*
CHARLES MCGUIGAN
*Deputy Attorney General*
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
605-773-3215
charles.mcguigan@state.sd.us

*Counsel for the State of South Dakota*

JONATHAN SKRMETTI
Tennessee Attorney General and Reporter

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER
*Director of Strategic Litigation*
Attorney General and Reporter of Tennessee
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-3491
Whitney.Hermandorfer@ag.tn.gov

*Counsel for the State of Tennessee*

KEN PAXTON
Texas Attorney General

BRENT WEBSTER
*First Assistant Attorney General of Texas*
RALPH MOLINA
*Deputy Attorney General for Legal Strategy*
RYAN D. WALTERS
*Chief, Special Litigation Division*

*/s/ Susanna Dokupil*
SUSANNA DOKUPIL
*Lead Attorney*
*Special Counsel*
Texas State Bar No. 24032801
JACOB E. PRZADA
*Special Counsel*
Texas State Bar No. 24125371
MUNERA AL-FUHAID
*Special Counsel*
Texas State Bar No. 24094501

Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711-2548
Phone: (512) 936-3754
FAX: (512) 457-4410
Susanna.Dokupil@oag.texas.gov
Jacob.Przada@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov

*Attorneys for the State of Texas*

SEAN D. REYES
Utah Attorney General

/s/ *Renee Spooner*
RENEE SPOONER
*Assistant Attorney General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Telephone: (385) 285-5740
rspooner@agutah.gov

*Counsel for the State of Utah*

JASON MIYARES
Virginia Attorney General

/s/ *Kevin M. Gallagher*
KEVIN M. GALLAGHER
Principal Deputy Solicitor General
Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

PATRICK MORRISEY
West Virginia Attorney General

*/s/ Michael R. Williams*
MICHAEL R. WILLIAMS
*Solicitor General*

Office of the Attorney General of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

BRIDGET HILL
Wyoming Attorney General

/s/ *Ryan Schelhaas*
RYAN SCHELHAAS
*Chief Deputy*
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
ryan.schelhaas@wyo.gov

*Counsel for the State of Wyoming*