# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATE OF IOWA, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> COUNCIL ON ENVIRONMENTAL ) <br> QUALITY and BRENDA MALLORY, in her ) <br> official capacity as Chair of the Council on ) <br> Environmental Quality, ) <br> ) <br> *Defendants*, ) <br> ) | Case No. 1:24-cv-00089-DMT-CRH |

## DEFENDANTS' NOTICE OF LODGING THE CERTIFIED LIST OF ADMINISTRATIVE RECORD CONTENTS

Pursuant to this Court's July 2, 2024, Order (ECF No. 56), Defendants hereby lodge the certified index to the Administrative Record for the Council on Environmental Quality's ("CEQ") issuance of its "National Environmental Policy Act Implementing Regulations Revisions Phase 2," 89 Fed. Reg. 35,442 (May 1, 2024) ("2024 Rule"). The Administrative Record is certified by Megan Healy, CEQ's Principal Deputy Director for the National Environmental Policy Act. As explained in Ms. Healy's attached declaration and accompanying index, the certified list of Administrative Record contents filed with the Court today reflects those documents considered directly or indirectly by CEQ in connection with its promulgation of the 2024 Rule.

As proposed by the Parties and ordered by the Court, *see* ECF Nos. 55-56, Defendants will share copies of the record with counsel for Plaintiffs and any subsequent intervenors through a file transfer site, and will also facilitate the filing of a joint appendix of those record documents cited by the Parties after the completion of merits briefing.

Respectfully submitted this 11th day of July, 2024,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
GREGORY M. CUMMING
PAUL G. FREEBORNE
SAMANTHA PELTZ
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (phone)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov