**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| STATE OF IOWA, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| COUNCIL ON ENVIRONMENTAL QUALITY and BRENDA MALLORY, in her official capacity as Chair of the Council on Environmental Quality, | ) Case No. 1:24-cv-00089-DMT-CRH |
| *Defendants*. | ) |

**DECLARATION OF MEGAN HEALY**

I, Megan Healy, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18 years. I am competent to testify to, and have personal knowledge of, the matters set forth herein.

2. I am a resident of Virginia, and my business address is 730 Jackson Place, N.W., Washington, DC, 20503.

3. I am currently Principal Deputy Director for the National Environmental Policy Act (NEPA) at the Council on Environmental Quality (CEQ). I have served in that capacity since October 9, 2022.

4. As Principal Deputy Director for the NEPA, my responsibilities include providing advice and guidance to CEQ and other Federal agencies regarding policy and implementation matters related to NEPA, CEQ's regulations, and other environmental statutes. This includes developing rulemakings and guidance, as well as providing oversight on the development and implementation of agency NEPA procedures.

5. As Principal Deputy Director for the NEPA, I am familiar with CEQ's "National Environmental Policy Act Implementing Regulations Revisions Phase 2," 89 Fed. Reg. 35,442 (May 1, 2024) ("2024 Rule"), which is the subject of the above-referenced lawsuit.

7. Among other responsibilities, I oversaw the coordination and compilation of the Administrative Record for the 2024 Rule.

8. The Administrative Record was compiled under my direction and supervision. To the best of my knowledge, the record contains the documents considered directly or indirectly by CEQ in connection with issuing the 2024 Rule.

9. To the best of my knowledge and based on my personal involvement in compiling the Administrative Record, the index (attached hereto as Exhibit 1) and record documents lodged with the Court and served on Counsel of Record in this matter constitute a true, correct, and complete copy of the Administrative Record for the 2024 Rule.

10. To the best of my knowledge, each document contained in the Administrative Record is a true and correct copy of the original document located in CEQ's files.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of July, 2024

_____
Megan Healy