UNITED STATES DISTRICT COURT
OF NORTH DAKOTA

| | |
|---|---|
| STATE OF IOWA, ET AL.,<br><br>                          PLAINTIFF,<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL EQUALITY, ET AL.,<br><br>                          DEFENDANTS. | CIVIL ACTION NO. 1:24-cv-00089 |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiff State of Louisiana hereby notifies the Court that Kelsey Smith will appear as co-counsel in the above case. Ms. Smith is a member in good standing with this Court. Her contact information is as follows:

> Kelsey Smith
> Louisiana Department of Justice
> Office of the Attorney General
> 1885 N. Third Street
> Baton Rouge, LA 70802
> (225) 428-7432
> SmithKel@ag.louisiana.gov

Dated: July 16, 2024                    Respectfully submitted,

                                        **LIZ MURRILL**
                                          **ATTORNEY GENERAL OF LOUISIANA**

                                        By: */s/ Kelsey Smith*
                                        KELSEY SMITH (TX #24117070)
                                          Deputy Solicitor General
                                        LOUISIANA DEPT. OF JUSTICE
                                        1885 N. Third Street
                                        Baton Rouge, LA 70802
                                        (225) 428-7432
                                        SmithKel@ag.louisiana.gov

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document has been electronically filed and served via the Court's ECF System on this 16th day of July, 2024.

<u>/s/ Kelsey Smith</u>
Kelsey Smith