AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| STATE OF IOWA, STATE OF NORTH DAKOTA, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-00089-DMT-CRH |
| COUNCIL ON ENVIRONMENTAL QUALITY, and BRENDA MALLORY, in her official capcity as Chair, AND INTERVENOR-DEFENDANTS ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Dakota.

Date: August 1, 2024

*/s/ James M. Auslander*
*Attorney's signature*

James M. Auslander
*Printed name*

Office of Attorney General
600 E. Boulevard Ave. Dept. 125
Bismarck, ND 58505
*Address*

jauslander@bdlaw.com
*E-mail address*

701-328-2210
*Telephone number*

N/A
*FAX number*

Print    Save As...    Reset