# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF IOWA, STATE OF NORTH DAKOTA, et al., | |
| Plaintiffs, | |
| v. | |
| COUNCIL ON ENVIRONMENTAL QUALITY, and BRENDA MALLORY, in her official capacity as Chair, | Case No. 1:24-cv-00089-DMT-CRH |
| Defendants, | |
| and | |
| ALASKA COMMUNITY ACTION ON TOXICS, et al., | |
| Intervenor-Defendants. | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and D.N.D. Civ. L.R. 7.1(A), Plaintiff States move for an Order granting summary judgment in their favor. There are no genuine issues of material fact that preclude the entry of summary judgment in this case.

This Motion for Summary Judgment is based upon *Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment*, the declarations and exhibits attached thereto, and all files, records, and proceedings herein.

Dated: August 2, 2024

Respectfully Submitted,

| | |
|---|---|
| BRENNA BIRD<br>Iowa Attorney General | DREW H. WRIGLEY<br>North Dakota Attorney General |
| */s/ Eric Wessan*<br>ERIC WESSAN<br>*Solicitor General*<br>ALEXA DEN HERDER<br>*Assistant Solicitor General*<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, Iowa 50319<br>Phone: (515) 823-9117<br>eric.wessan@ag.iowa.gov<br>alexa.denherder@ag.iowa.gov<br><br>*Counsel for the State of Iowa* | /s/ *Philip Axt*<br>PHILIP AXT<br>*Solicitor General*<br>JAMES M. AUSLANDER<br>NESSA HOREWITCH COPPINGER*<br>*Special Assistant Attorneys General*<br>Office of Attorney General<br>600 E. Boulevard Ave Dept. 125<br>Bismarck, ND 58505<br>Phone: (701) 328-2210<br>pjaxt@nd.gov<br>jauslander@bdlaw.com<br>ncoppinger@bdlaw.com<br><br>*Counsel for the State of North Dakota* |
| TREG TAYLOR<br>Alaska Attorney General | TIM GRIFFIN<br>Arkansas Attorney General |
| /s/ *Wade M. Withington*<br>WADE M. WITHINGTON<br>*Assistant Attorney General, Civil Division*<br>Office of the Alaska Attorney General<br>Alaska Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Phone: (907) 269-5232<br>wade.withington@alaska.gov<br><br>*Counsel for the State of Alaska* | /s/ *Nicholas J. Bronni*<br>NICHOLAS J. BRONNI<br>*Solicitor General*<br>DYLAN L. JACOBS<br>*Deputy Solicitor General*<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>Phone: (501) 682-6302<br>Nicholas.Bronni@ArkansasAG.gov<br><br>*Counsel for the State of Arkansas* |
| ASHLEY MOODY<br>Florida Attorney General | CHRISTOPHER M. CARR<br>Georgia Attorney General |
| */s/ Natalie P. Christmas*<br>NATALIE P. CHRISTMAS (Fla. 1019180)<br>*Senior Counselor*<br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050 | /s/ *Justin T. Golart*<br>JUSTIN T. GOLART<br>*Deputy Solicitor General*<br>Office of the Attorney General of Georgia<br>40 Capitol Square, SW<br>Atlanta, GA 30334 |

Phone: (850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

Phone: (404) 458-3252
jgolart@law.ga.gov

*Counsel for the State of Georgia*

RAÚL R. LABRADOR
Idaho Attorney General

/s/ *Joshua N. Turner*
JOSHUA N. TURNER
*Chief of Constitutional Litigation and Policy*
ALAN M. HURST
*Solicitor General*
JOY M. VEGA
*Lead Deputy Attorney General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
Phone: (208) 334-2400
Josh.Turner@ag.idaho.gov
Alan.Hurst@ag.idaho.gov
Joy.Vega@ag.idaho.gov

*Counsel for the State of Idaho*

KRIS W. KOBACH
Kansas Attorney General

*/s/Abhishek S. Kambli*
ABHISHEK S. KAMBLI
*Deputy Attorney General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-2215
Fax: (785) 296-3131
abhishek.kambli@ag.ks.gov

*Counsel for the State of Kansas*

RUSSELL COLEMAN
Kentucky Attorney General

/s/ *Victor B. Maddox*
VICTOR B. MADDOX
AARON SILLETTO
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
victor.maddox@ky.gov
aaron.silletto@ky.gov

*Counsel for the Commonwealth of Kentucky*

LIZ B. MURRILL
Louisiana Attorney General

J. BENJAMIN AGUIÑAGA
Solicitor General

*/s/ Kelsey L. Smith*
Kelsey L. Smith
Deputy Solicitor General
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70804
Phone: (225) 428-7432
smithkel@ag.louisiana.gov

*Counsel for the State of Louisiana*

ANDREW T. BAILEY
Missouri Attorney General

/s/ *Joshua M. Divine*

AUSTIN KNUDSEN
Montana Attorney General

*/s/ Christian B. Corrigan*

3

JOSHUA M. DIVINE, 69875MO
*Solicitor General*
Office of the Attorney General
207 West High St.
Jefferson City, MO 65101
Phone: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*

CHRISTIAN B. CORRIGAN
*Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
Phone: (406) 444-2026
christian.corrigan@mt.gov

*Counsel for the State of Montana*

MICHAEL T. HILGERS
Nebraska Attorney General

*/s/ Grant D. Strobl*
GRANT D. STROBL
*Assistant Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
Phone: (402) 471-2683
grant.strobl@nebraska.gov

*Counsel for the State of Nebraska*

ALAN WILSON
South Carolina Attorney General

/s/ *Joseph D. Spate*
JOSEPH D. SPATE
*Assistant Deputy Solicitor General*
Office of the South Carolina Attorney General
1000 Assembly Street
Columbia, SC 29201
Phone: (803) 734-3371
josephspate@scag.gov

*Counsel for the State of South Carolina*

MARTY J. JACKLEY
South Dakota Attorney General

*/s/ Charles McGuigan*
CHARLES MCGUIGAN
*Deputy Attorney General*
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
Phone: 605-773-3215
charles.mcguigan@state.sd.us

*Counsel for the State of South Dakota*

JONATHAN SKRMETTI
Tennessee Attorney General and Reporter

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER
*Director of Strategic Litigation*
Attorney General and Reporter of Tennessee
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-3491
Whitney.Hermandorfer@ag.tn.gov

*Counsel for the State of Tennessee*

KEN PAXTON
Texas Attorney General

BRENT WEBSTER
*First Assistant Attorney General of Texas*

SEAN D. REYES
Utah Attorney General

/s/ *Renee Spooner*
RENEE SPOONER

RALPH MOLINA
*Deputy Attorney General for Legal Strategy*
RYAN D. WALTERS
*Chief, Special Litigation Division*

*/s/ Susanna Dokupil*
SUSANNA DOKUPIL
*Lead Attorney*
*Special Counsel*
Texas State Bar No. 24032801
JACOB E. PRZADA
*Special Counsel*
Texas State Bar No. 24125371
MUNERA AL-FUHAID
*Special Counsel*
Texas State Bar No. 24094501
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711-2548
Phone: (512) 936-3754
Fax: (512) 457-4410
Susanna.Dokupil@oag.texas.gov
Jacob.Przada@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov

*Counsel for the State of Texas*

*Assistant Attorney General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Telephone: (385) 285-5740
rspooner@agutah.gov

*Counsel for the State of Utah*

JASON MIYARES
Virginia Attorney General

/s/ *Kevin M. Gallagher*
KEVIN M. GALLAGHER
*Principal Deputy Solicitor General*
Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-2071
kgallagher@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

PATRICK MORRISEY
West Virginia Attorney General

*/s/ Michael R. Williams*
MICHAEL R. WILLIAMS
*Solicitor General*
Office of the Attorney General of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
Phone: (304) 558-2021
michael.r.williams@wvago.gov

*Counsel for the State of West Virginia*

5

BRIDGET HILL
Wyoming Attorney General

/s/ *Ryan Schelhaas*
RYAN SCHELHAAS
*Chief Deputy*
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
Phone: (307) 777-7895
ryan.schelhaas@wyo.gov

*Counsel for the State of Wyoming*

*\*Application for Admission Pending*