# IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| State of Iowa, et al., | ) | **MOTION TO APPEAR PRO HAC VICE** |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **Case No.** 1:24-cv-00089-DMT-CRH |
| Council on Environmental Quality, et al., | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

Claiborne Ellis Walthall , an attorney for   State of New York

moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for

consideration by the Court:

| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | State of New York, Bar Id. 5098397<br>U.S. District Court, Southern Dist. of New York, Bar Id. CW1161<br>U.S. District Court, Eastern District of New York, Bar Id. CW1200<br>U.S. District Court, Northern District of New York, Bar Id. 520120<br>U.S. District Court, District of Columbia - No Bar Id. number, certified as government attorney, last renewed 10/11/2022<br>U.S. Court of Appeals, Second Circuit, Court does not currently issue Bar Id. numbers, admitted 10/4/2018, renewed 10/24/2023<br>U.S. Court of Appeals, Third Circuit, Court does not issue Bar Id. numbers, admitted 3/20/2023<br>U.S. Court of Appeals, Sixth Circuit, Bar Id. 1200<br>U.S. Court of Appeals, District of Columbia Circuit, Bar Id. 60774<br>U.S. Supreme Court, Bar Id. 320936 |
|---|---|
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 6th day of   August 2024        .

/s/    *Claiborne Ellis Walthall*

N.Y.S. Office of Atty Gen.
Environmental Protection
State Capitol
Albany, NY 12224
(518) 776-2380
claiborne.walthall@ag.ny.gov