IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF IOWA, STATE OF NORTH DAKOTA, *et al.* <br><br> Plaintiffs, <br> v. <br> COUNCIL ON ENVIRONMENTAL QUALITY, and BRENDA MALLORY, in her official capacity as Chair, <br><br> Defendants, <br> and <br><br> ALASKA COMMUNITY ACTION ON TOXICS; CENTER FOR BIOLOGICAL DIVERSITY; CENTER FOR ENVIRONMENTAL HEALTH; CENTER FOR FOOD SAFETY; ENVIRONMENTAL LAW AND POLICY CENTER; ENVIRONMENTAL PROTECTION INFORMATION CENTER, FOOD & WATER WATCH; ALASKA COMMUNITY ACTION ON TOXICS; CENTER FOR BIOLOGICAL DIVERSITY; CENTER FOR ENVIRONMENTAL HEALTH; CENTER FOR FOOD SAFETY; ENVIRONMENTAL LAW AND POLICY CENTER; ENVIRONMENTAL PROTECTION INFORMATION CENTER, FOOD & WATER WATCH; FORT BERTHOLD POWER; FRIENDS OF THE EARTH; GREEN LATINOS; LABOR COUNCIL ON LATIN AMERICAN ADVANCEMENT; MALAMA MAKUA; NATIONAL PARKS CONSERVATION ASSOCIATION; NATIONAL WILDLIFE FEDERATION; OCEAN CONSERVANCY; PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE; RIO GRANDE INTERNATIONAL STUDY CENTER; SOUTHERN UTAH WILDERNESS ALLIANCE; WE ACT FOR ENVIRONMENTAL JUSTICE; THE WILDERNESS SOCIETY; and WINTER WILDLANDS ALLIANCE, <br><br> Intervenor-Defendants. | Case No. 1:24-cv-089 <br><br> **JOINT REQUEST TO CANCEL OR MODIFY SCHEDULING CONFERENCE** |

1

Plaintiff States and Defendants hereby jointly request that the Court cancel or modify its order directing a Rule 26(f) meeting, setting a Rule 16(b) scheduling conference for September 3, 2024, and ordering the parties to submit a joint proposed scheduling/discovery plan. *See* Dkt. 61. Intervenor Defendants also join this motion, and proposed Intervenor Defendant States consent to this motion.

The Court has already entered a scheduling order to govern summary judgment briefing, which is currently underway. *See* Dkts. 55, 56; *see also* Dkts. 64, 65. Pursuant to that scheduling order, summary judgment will be ongoing until October 11, 2024, which is Defendants' final briefing deadline. While reserving all rights, no party currently anticipates needing additional discovery in this dispute beyond the Administrative Record, which Defendants have already served on Plaintiffs, and lodged with the Court. *See* Dkt. 58.

For those reasons, the Parties jointly propose to cancel the scheduling conference that has been set for September 3, 2024, and to instead file (by October 25, 2024) a joint proposal for scheduling summary judgment oral argument (if the Court has not scheduled argument before then). In the alternative, the Parties jointly propose using the September 3, 2024 conference to discuss scheduling summary judgment oral argument.

Dated: August 13, 2024                                       Respectfully submitted,


BRENNA BIRD                                                  DREW H. WRIGLEY
Attorney General of Iowa                                     North Dakota Attorney General

*/s/ Eric Wessan*                                            /s/ *Philip Axt*

| | |
|---|---|
| ERIC WESSAN | PHILIP AXT |
| *Solicitor General* | *Solicitor General* |
| ALEXA DEN HERDER | JAMES M. AUSLANDER |
| *Assistant Solicitor General* | *Special Assistant Attorney General* |
| Hoover State Office Building | Office of Attorney General |
| 1305 East Walnut Street | 600 E. Boulevard Ave Dept. 125 |
| Des Moines, Iowa 50319 | Bismarck ND 58505 |
| (515) 823-9117 | (701) 328-2210 |
| eric.wessan@ag.iowa.gov | pjaxt@nd.gov |
| alexa.denherder@ag.iowa.gov | jauslander@bdlaw.com |
| *Counsel for the State of Iowa* | *Counsel for the State of North Dakota* |

On behalf of Plaintiff States

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
GREGORY M. CUMMING
PAUL G. FREEBORNE
SAMANTHA PELTZ
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (phone)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

*Counsel for Defendants*

*/s/ Jan E. Hasselman*
JAN E. HASSELMAN (Admitted in D.N.D.)
(WSBA #29017)
KRISTEN L. BOYLES (Admitted in D.N.D.)
(CSBA #158450)
LYDIA HEYE (Admitted in D.N.D.)
(ABA #2211101)
EARTHJUSTICE
810 Third Avenue, Suite 610

Seattle, WA 98104
(206) 343-7340 (phone)
jhasselman@earthjustice.org
kboyles@earthjustice.org
lheye@earthjustice.org

SUSAN JANE M. BROWN
*Pro hac vice granted*
(OSBA #054607)
Silvix Resources
4107 NE Couch St.
Portland, OR 97232
(503) 680-5513
sjb@silvix.org

*Attorneys for Intervenor-Defendants*
*Alaska Community Action on Toxics, et al.*