AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | |
|---|---|
| STATE OF IOWA, STATE OF NORTH DAKOTA, et al. ) <br> *Plaintiff* ) <br> v. ) <br> COUNCIL ON ENVIRONMENTAL QUALITY ) <br> *Defendant* ) | Case No. 1:24-CV-00089-DMT-CRH |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California.

Date: 08/16/2024

/s/ Jamie Jefferson
*Attorney's signature*

Jamie Jefferson 197142
*Printed name and bar number*

Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

*Address*

Jamie.Jefferson@doj.ca.gov
*E-mail address*

(510) 879-0172
*Telephone number*

(510) 622-2270
*FAX number*