# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Iowa, et al.<br><br>v.<br>Council on Environmental Quality | **MOTION TO APPEAR PRO HAC VICE**<br><br>Case No. 24-cv-089 |

Jason E. James, an attorney for People of the State of Illinois, moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | State of Illinois (Bar No. 6300100) Admitted 2/17/2010 U.S. District Court for the Northern District of Illinois, Admitted 1/26/2011; U.S. Court of Appeals for the District of Columbia (ID No. 64949) admitted November 29, 2023 |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 20th day of August, 2024

*/s/ Jason E. James*