IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Iowa, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Council on Environmental Quality, and Brenda Mallory, in her official capacity as Chair,<br><br>    Defendants. | **MOTION TO APPEAR<br>PRO HAC VICE**<br><br>Case No. 1:24-cv-00089-DMT-CRH |

Paul Garrahan, an attorney for the State of Oregon moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Oregon State Bar No. 980556<br><br>United States Courts of Appeals: D.C. Circuit (#54297), Second Circuit, Fifth Circuit, Sixth Circuit and Ninth Circuit.<br><br>United States District Courts: District of Columbia, Southern District of New York,<br>Northern District of California. |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | I have not had any disciplinary actions |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 20  day of  August, 2024        .

*/s/ Paul Garrahan*

Paul Garrahan,
Sr. Assistant Attorney General
Oregon Department of Justice