IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATE OF IOWA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:24-cv-00089-DMT-CRH |
| ) | |
| COUNCIL ON ENVIRONMENTAL QUALITY, ) | |
| and BRENDA MALLORY, in her official ) | |
| capacity as Chair, ) | |
| ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ALASKA COMMUNITY ACTION ON TOXICS; ) | |
| CENTER FOR BIOLOGICAL DIVERSITY; ) | |
| CENTER FOR ENVIRONMENTAL HEALTH; ) | |
| CENTER FOR FOOD SAFETY; ) | |
| ENVIRONMENTAL LAW AND POLICY ) | |
| CENTER; ENVIRONMENTAL PROTECTION ) | |
| INFORMATION CENTER; FOOD & WATER ) | |
| WATCH; FORT BERTHOLD POWER; ) | |
| FRIENDS OF THE EARTH; GREEN LATINOS; ) | |
| LABOR COUNCIL ON LATIN AMERICAN ) | |
| ADVANCEMENT; MĀLAMA MĀKUA; ) | |
| NATIONAL PARKS CONSERVATION ) | |
| ASSOCIATION; NATIONAL WILDLIFE ) | |
| FEDERATION; OCEAN CONSERVANCY; ) | |
| PEOPLE'S COLLECTIVE FOR ) | |
| ENVIRONMENTAL JUSTICE; RIO GRANDE ) | |
| INTERNATIONAL STUDY CENTER; ) | |
| SOUTHERN UTAH WILDERNESS ALLIANCE; ) | |
| WE ACT FOR ENVIRONMENTAL JUSTICE; ) | |
| THE WILDERNESS SOCIETY, and ) | |
| WINTER WILDLANDS ALLIANCE, ) | |
| ) | |
| Applicant-Intervenor-Defendants. ) | |

1

# PROPOSED INTERVENOR DEFENDANT STATES' CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and D.N.D. Civ. L.R. 7.1(A), proposed Intervenor Defendant States, the States of California, Washington, Colorado, Illinois, Maine, Maryland, New Jersey, New Mexico, New York, Oregon, Wisconsin, the Commonwealth of Massachusetts, the People of Michigan, the District of Columbia, and the City of New York (collectively "Defendant States") move for an order granting partial summary judgment in their favor. There are no genuine issues of material fact that preclude the entry of summary judgment in this case.

This Cross Motion for Partial Summary Judgment is based upon *Defendant States' Motion, its Memorandum in Support of Cross Motion for Partial Summary Judgment*, the Declarations of Geneva E.B. Thompson, Sarah Reif, Lawrence Weintraub, Tori T. Kim, Joenne McGerr and exhibits submitted thereto, and all files, records, and proceedings herein.

Dated: this 30th day of August, 2024

> ROB BONTA
> Attorney General of California
>
> /s/ Jamie Jefferson
>
> Jamie B. Jefferson
> SARAH E. MORRISON, SBN 143459
> JAMIE JEFFERSON, SBN 197142
> THOMAS SCHUMANN, SBN 324559
> Deputy Attorneys General
> 1515 Clay Street, 20th Floor
> Oakland, CA 94612
> (510) 879-0172
> Jamie.Jefferson@doj.ca.gov
> *Counsel for the State of California*

| | |
|---|---|
| FOR THE STATE OF WASHINGTON | FOR THE STATE OF COLORADO |
| ROBERT W. FERGUSON<br>Attorney General of Washington | PHILLIP J. WEISER<br>Attorney General |
| */s/ Elizabeth Harris*<br>ELIZABETH HARRIS (Admitted in D.N.D.)<br>(WSBA #53135)<br>Assistant Attorney General<br>Washington State Attorney General's Office<br>Environmental Protection Division<br>800 5th Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 521-3213<br>Elizabeth.Harris@atg.wa.gov | */s/ Carrie Noteboom*<br>CARRIE NOTEBOOM*<br>Assistant Deputy Attorney General<br>Natural Resources and Environment Section<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br>720.508.6285<br>carrie.noteboom@coag.gov |

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

*/s/ Jason E. James*
JASON E. JAMES *
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division
Office of the Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
Ph: (872) 276-3583
Email: jason.james@ilag.gov

FOR THE STATE OF MAINE

Aaron M. Frey
Attorney General

*/s/ Caleb Elwell*
CALEB ELWELL*
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8545
Caleb.elwell@maine.gov

FOR THE STATE OF MARYLAND
Anthony G. Brown
Attorney General
*/s/ Steven Goldstein*
STEVEN J. GOLDSTEIN*
Special Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, MD 21202
410-576-6414
sgoldstein@oag.state.md.us

3

FOR THE COMMONWEALTH OF MASSACHUSETTS

ANDREA JOY CAMPBELL
Attorney General

TURNER SMITH
Deputy Chief and Assistant Attorney General

*/s/ Matthew Ireland*
MATTHEW IRELAND *
Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
matthew.ireland@mass.gov

FOR THE STATE OF NEW JERSEY

MATTHEW J. PLATKIN
Attorney General of New Jersey

*/s/ Dianne Shinn*
DIANNA SHINN*
(N.J. Bar No. 242372017)
Deputy Attorney General
Environmental Enforcement & Enforcement Justice Section
New Jersey Division of Law
25 Market Street
P.O. Box 093
Trenton, NJ 08625-093
(609) 376-2789
Dianna.Shinn@law.njoag.gov

FOR THE PEOPLE OF THE STATE OF MICHIGAN

*/s/ Benjamin C. Houston*
BENJAMIN C. HOUSTON*
Assistant Attorney General
Environment, Natural Resources, and Agriculture Division
6th Floor G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
Tel: (517) 582-3746
Email: HoustonB1@michigan.gov

FOR THE STATE OF NEW MEXICO

RAÚL TORREZ
Attorney General

*/s/ J. Spenser Lotz*
J. Spenser Lotz*
Assistant Attorney General
201 3rd St. NW
Suite 300
Albuquerque, NM 87102
Tel. (505) 616-7560
SLotz@nmdoj.gov

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General of New York

*/s/ Claiborne E. Walthall*
CLAIBORNE E. WALTHALL*
Assistant Attorney General
New York State Office of
the Attorney General
State Capitol
Albany, NY 12224
(518)776-2380
claiborne.walthall@ag.ny.gov

FOR THE STATE OF WISCONSIN
JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Tressie K. Kamp*
TRESSIE K. KAMP *
Assistant Attorney General
Wisconsin Department of Justice
17 W. Main Street
Madison, WI 53707-7857
(608)266-9595
kamptk@doj.state.wi.us

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
ATTORNEY GENERAL

*/s/ Paul Garrahan*
PAUL GARRAHAN*
Attorney-in-Charge
STEVE NOVICK
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503)947-4540
Paul.Garrahan@doj.oregon.gov
Steve.Novick@doj.oregon.gov

FOR THE CITY OF NEW YOR
MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
City of New York

*/s/ Nathan Taylor*
NATHAN TAYLOR*
New York City Law Department
100 Church Street, Rm 6-144
New York, NY 10007
(646) 940-0736 (m)
(212) 356-2315
NTaylor@law.nyc.gov

5

FOR THE DISTRICT OF COLUMBIA

BRIAN L. SCHWALB
Attorney General for the District of Columbia

*/s/ Wesley Rosenfeld*
WESLEY ROSENFELD*
Housing and Environmental Justice Section
Assistant Attorney General
400 6th Street NW
Washington, D.C. 20001
(202)368-2569
wesley.rosenfeld1@dc.gov

* PHV application pending

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | *State of Iowa et al v. Council on Environmental Quality et al* | No. | **1:24-cv-00089-DMT-CRH** |

I hereby certify that on <u>August 30, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1.) Motion for Partial Summary Judgment;

2.) Memorandum in Support of Cross Motion for Partial Summary Judgment and Opposition to Plaintiff States' Motion for Summary Judgment;

3.) Declaration of Geneva E.B. Thompson;

4.) Declaration of Sarah Reif;

5.) Declaration of Lawrence Weintraub;

6.) Declaration of Tori T. Kim; and

7.) Declaration of Joenne McGerr.

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 30, 2024</u>, at Oakland, California.

| | |
|---|---|
| Chanvie Nailon | /s/ Chanvie Nailon |
| Declarant | Signature |

SA2024303394
91885388.docx