**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| STATE OF IOWA, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| COUNCIL ON ENVIRONMENTAL | )   No. 24-89 (DMT-CRH) |
| QUALITY and BRENDA MALLORY, in her | ) |
| official capacity as Chair of the Council on | ) |
| Environmental Quality, | ) |
| | ) |
| *Defendants*, | ) |
| | ) |
| and | ) |
| | ) |
| ALASKA COMMUNITY ACTION ON | ) |
| TOXICS, *et al.*, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |
| | ) |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND**
**OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants the Council on Environmental Quality ("CEQ") and Brenda Mallory, in her

official capacity as Chair of CEQ, hereby file their opposition to Plaintiffs' Motion for Summary

Judgment, ECF No. 64.

In addition, Defendants cross-move for summary judgment under Federal Rule of Civil

Procedure 56.  As set forth in the accompanying memorandum in support, the Court should grant

summary judgment to Defendants as to all of Plaintiffs' claims.

Respectfully submitted this 30th day of August, 2024,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
GREGORY M. CUMMING
PAUL G. FREEBORNE
SAMANTHA G. PELTZ
Environment & Natural Resources Division
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (phone)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov
paul.freeborne@usdoj.gov
samantha.peltz@usdoj.gov