IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF IOWA, et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY, and BRENDA MALLORY, in her official capacity as Chair of the Council on Environmental Quality,<br><br>　　　　Defendants, | Case No. 1:24-cv-00089-DMT-CRH |

**NOTICE OF APPEARANCE OF COUNSEL**

To:　　The Clerk of the Court and all parties of record.

　　PLEASE TAKE NOTICE that, I, the undersigned attorney, am admitted or otherwise authorized to practice in this court, and appear in this case as counsel for Plaintiff State of Idaho. Please use the common mailing address, 700 W. State Street, 2nd Floor, P.O. Box 83720, Boise, Idaho 83720, for all physical mailings.

　　Date:　　September 13, 2024

　　　　　　　　　　　　　　　　　　　　RAÚL R. LABRADOR
　　　　　　　　　　　　　　　　　　　　Idaho Attorney General

　　　　　　　　　　　　　　　　　　　　/s/ *Joy M. Vega*
　　　　　　　　　　　　　　　　　　　　JOY M. VEGA
　　　　　　　　　　　　　　　　　　　　*Lead Deputy Attorney General*
　　　　　　　　　　　　　　　　　　　　Office of the Idaho Attorney General
　　　　　　　　　　　　　　　　　　　　700 W. State Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　P.O. Box 83720
　　　　　　　　　　　　　　　　　　　　Boise, Idaho 83720
　　　　　　　　　　　　　　　　　　　　(208) 334-2400
　　　　　　　　　　　　　　　　　　　　joy.vega@ag.idaho.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for State of Idaho*