.IN THE UNITED STATES DISTRICT COURT
OF NORTH DAKOTA

| | |
|---|---|
| STATE OF IOWA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Council on Environmental Quality, et al., <br><br> Defendants. | Case No. 1:24-cv-00089 <br><br><br> **MOTION TO WITHDRAW** |

COMES NOW Alexa Den Herder, Assistant Solicitor General, and hereby moves to withdraw her application for Pro Hac Vice on behalf of the Plaintiff, State of Iowa. Plaintiff will continue to be represented by Solicitor General Eric H. Wessan. This withdrawal will have no material adverse effect on Plaintiff's interest and will not cause prejudice to any party.

    Respectfully submitted,

    BRENNA BIRD
    Attorney General of Iowa

    */s/ Alexa Den Herder*
    ALEXA DEN HERDER
    Assistant Solicitor General
    Iowa Department of Justice
    1305 E. Walnut Street, 2nd Floor
    Des Moines, Iowa 50319
    (515) 393-1450
    (515) 281-4209 (fax)
    alexa.denherder@ag.iowa.gov

ATTORNEY FOR PLAINTIFF
STATE OF IOWA

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on September 13, 2024:

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ CM/ECF
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: */s/ Julie Sander*