# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF IOWA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY, et al.,<br><br>*Defendants*. | **No. 1:24-cv-89**<br><br>**Hon. Daniel M. Traynor** |

## MOTION TO WITHDRAW COUNSEL

The undersigned attorney for Plaintiff State of Idaho respectfully requests that this Court withdraw the appearance of Joshua N. Turner as counsel in the above captioned case because he is ending his service with the State of Idaho. The State of Idaho will continue to be represented by Joy M. Vega.

Dated: September 18, 2024    Respectfully submitted,

/s/ *Joshua N. Turner*
Joshua N. Turner
Chief of Constitutional Litigation and Policy
Attorney for Plaintiff, State of Idaho

## CERTIFICATE OF SERVICE

I hereby certify that on the September 18, 2024, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/ *Joshua N. Turner*
Joshua N. Turner