IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Iowa, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Counsel on Environmental Quality, and Brenda Mallory, in her official capacity as Chair,<br><br>　　　　Defendants. | **MOTION TO APPEAR PRO HAC VICE**<br><br>Case No. 24-0089 |

Tressie K. Kamp , an attorney for   State of Wisconsin moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | State of Wisconsin Circuit Courts    1082298<br><br>Pacer ID# 6944051<br><br>Judicial Panel on Multidistrict Litigation<br><br>California Northern District Court<br><br>South Carolina District Court<br><br>Wisconsin Western District Court |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 20 th day of September, 2024

/s/     *Tressie K. Kamp*