UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

IOWA, *et al.*,

    Plaintiffs,

v

COUNCIL ON ENVIRONMENTAL
QUALITY, *et al.*,

    Defendants.

                                       /

No. 1:24-cv-089

HON. DANIEL M. TRAYNOR

MAG. CLARE R. HOCHHALTER

## APPEARANCE

Benjamin C. Houston hereby enters his appearance as attorney of record in this matter on behalf of intervenor People of the State of Michigan.

                                        Respectfully submitted,

                                        /s/ *Benjamin C. Houston*
                                        Benjamin C. Houston (*pro hac vice*)
                                        Assistant Attorney General
                                        Attorney for People of the State of Michigan
                                        Environment, Natural Resources, and Agriculture Division
                                        P.O. Box 30755
                                        Lansing, MI 48909
                                        (517) 335-7664
                                        houstonb1@michigan.gov

Dated: October 8, 2024