AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| State of Iowa, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-89 |
| Council on Environmental Quality, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Idaho.

Date: 10/09/2024

/s/ Alan Hurst
*Attorney's signature*

Alan Hurst, Idaho: 12425
*Printed name and bar number*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, ID 83720

*Address*

alan.hurst@ag.idaho.gov
*E-mail address*

(208) 947-8773
*Telephone number*

*FAX number*