IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Iowa et. al., )<br>)<br>Plaintiffs )<br>)<br>)<br>)<br>v. )<br>)<br>Council of Environmental )<br>Quality, et. al., )<br>Defendants ) | **MOTION TO APPEAR**<br>**PRO HAC VICE**<br><br>**CASE NO.** 1:24-cv-89-DMTCRH |

Caleb E. Elwell, an attorney for the State of Maine, moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice. In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

1. Other Bar Admissions:
    a. Maine Bar No. 006194

2. Disciplinary Actions:
    a. None.

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalty of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge.

Dated:  10/17/2024	Respectfully submitted,

                                                         AARON M. FREY
                                                         ATTORNEY GENERAL


/s/ Caleb Elwell
Caleb E. Elwell
Maine Bar No. 6194
Caleb.elwell@maine.gov
207-626-8545

Attorney for Plaintiff
State of Maine