UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

|  |  |
|---|---|
| STATE OF IOWA, STATE OF NORTH DAKOTA, *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY and BRENDA MALLORY, in her official capacity as Chair of the Council on Environmental Quality,<br><br>   *Defendants*,<br><br>  and<br><br>ALASKA COMMUNITY ACTION ON TOXICS, *et al.*,<br><br>   *Defendant-Intervenors*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:24-cv-89-DMT-CRH |

**JOINT REQUEST FOR SCHEDULING OF ORAL ARGUMENT**

Pursuant to Local Civil Rule 7.1(E), and consistent with the Parties' earlier

representations in this matter, *see* ECF No. 55 n.2 (noting the Parties' agreement that "oral

argument in this matter would be helpful"), the Plaintiffs, Defendants, and Defendant-Intervenor

Alaksa Community Action on Toxics, *et al*. (collectively "the Parties") respectfully request that

the Court schedule oral argument in this matter.  *See also* ECF No. 56 (deferring the scheduling

of argument).  The Parties have conferred on their joint availability, and request that, at the

Court's convenience, argument be set for either November 20 or 21, 2024.[1]  While the Parties

defer to the Court on the appropriate length and timing of the argument, they suggest that at least

an hour of argument per side would likely be sufficient and helpful to the Court.

Finally, and pursuant to the scheduling order in this matter, ECF No. 56, the Parties

anticipate filing the administrative record appendix shortly, and in any event by no later than

October 30, 2024.

Defendant Intervenor States consent to scheduling argument in November, but request

that if the Court cannot schedule argument on November 20 or 21, the Parties be given the

opportunity to further confer on appropriate dates in December.

Respectfully submitted this 18th day of October, 2024,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
Gregory M. Cumming
Paul G. Freeborne
Samantha G. Peltz
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (phone)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

*Counsel for Federal Defendants*

BRENNA BIRD                                  DREW H. WRIGLEY
Attorney General of Iowa                     North Dakota Attorney General

---

[1]    In the event the Court is not available on either of those dates, the Parties propose a date be selected between December 10-13, at the Court's convenience.

/s/ Eric Wessan
ERIC WESSAN
*Solicitor General*
ALEXA DEN HERDER
*Assistant Solicitor General*
Hoover State Office Building
1305 East Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
eric.wessan@ag.iowa.gov
alexa.denherder@ag.iowa.gov


*Counsel for the State of Iowa*

/s/ *Philip Axt*
PHILIP AXT
*Solicitor General*
JAMES M. AUSLANDER
NESSA HOREWITCH COPPINGER
*Special Assistant Attorneys General*
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck ND 58505
(701) 328-2210
pjaxt@nd.gov
jauslander@bdlaw.com
ncoppinger@bdlaw.com


*Counsel for the State of North Dakota*

On Behalf of Plaintiff States


/s/ Jan. E. Hasselman
JAN E. HASSELMAN (Admitted in D.N.D.)
(WSBA #29017)
KRISTEN L. BOYLES (Admitted in D.N.D.)
(CSBA #158450)
LYDIA HEYE (Admitted in D.N.D.)
(ABA #2211101)
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA  98104
(206) 343-7340
jhasselman@earthjustice.org
kboyles@earthjustice.org
lheye@earthjustice.org

SUSAN JANE M. BROWN
*[Admitted Pro Hac Vice]*
(OSBA #054607)
SILVIX RESOURCES
4107 NE Couch St.
Portland, OR 97232
(503) 680-5513
sjb@silvex.org

*Attorneys for Intervenor-Defendants*