# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

|  |  |
|---|---|
| STATE OF IOWA, STATE OF NORTH DAKOTA, *et al.*, | ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) No. 1:24-cv-89-DMT-CRH ) |
| COUNCIL ON ENVIRONMENTAL QUALITY and BRENDA MALLORY, in her official capacity as Chair of the Council on Environmental Quality, | ) ) ) ) ) |
| *Defendants*, | ) ) |
| and | ) ) |
| ALASKA COMMUNITY ACTION ON TOXICS, *et al.*, | ) ) ) |
| *Defendant-Intervenors*. | ) |

### DEFENDANTS' NOTICE OF LODGING JOINT APPENDIX

Pursuant to this Court's July 2, 2024 Text Order (ECF No. 56), Defendants hereby provide notice of lodging the joint appendix for this action. As detailed in the attached index, the appendix contains those portions of the full Administrative Record identified by the Parties for inclusion based on citations in the Parties' merits briefs. *See* ECF No. 58-2 (complete Administrative Record index).

The documents listed in the index will be filed electronically through the CM/ECF system as exhibits to this filing.

Respectfully submitted this 31st day of October, 2024,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
Gregory M. Cumming
Paul G. Freeborne
Samantha G. Peltz
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (phone)
(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

*Counsel for Federal Defendants*