*Iowa v. Council on Env'tl Quality*, No. 24-89

Administrative Record Appendix

|    | A | B |
|---|---|---|
| 1 | AR Cite | Description of Cite |
| 2 | AR_00001-065 | National Environmental Policy Act Implementing Regulations Revisions Phase 2 |
| 3 | AR_66-74 | NEPA Phase 2 NPRM Special Environmental Assessment |
| 4 | AR_00077 | *Excerpt from* EPA Phase 2 NPRM Regulatory Impact Analysis |
| 5 | AR_00193 | *Excerpt from* 2023 GHG and Climate Change Interim Guidance |
| 6 | AR_1105 | *Excerpt from* Public Comment |
| 7 | AR 001739 | *Excerpt from* Public Comment |
| 8 | AR 001757 | Public Comment |
| 9 | AR 01771 | Public Comment |
| 10 | AR 02904-06 | Public Comment |
| 11 | AR 002916 | Public Comment |
| 12 | AR 002920 | Public Comment |
| 13 | AR_03029 | Public Comment |
| 14 | AR_06132-171 | Public Comment |
| 15 | AR_006271-88 | Public Comment |
| 16 | AR_06542 | Public Comment |
| 17 | AR_08011-92 | Public Comment |
| 18 | AR_09630-85 | Public Comment |
| 19 | AR_13480-81 | Public Comment |
| 20 | AR_23594 | Public Comment |
| 21 | AR_23663 | Public Comment |
| 22 | AR_24234 | Public Comment |
| 23 | AR_24242 | Public Comment |
| 24 | AR_24550 | Public Comment |
| 25 | AR_25118 | Public Comment |
| 26 | AR_25359 | Public Comment |
| 27 | AR_25618-25655 | Public Comment |
| 28 | AR_25657-25732 | Public Comment |
| 29 | AR_25734-25980 | Public Comment |
| 30 | AR_25982-25994 | Public Comment |

*Iowa v. Council on Env'tl Quality*, No. 24-89
Administrative Record Appendix

|    | A | B |
|----|---|---|
| 31 | AR_25996-26088 | Public Comment |
| 32 | AR_26090-26662 | Public Comment |
| 33 | AR_26674 | Public Comment |
| 34 | AR_26749 | Public Comment |
| 35 | AR_26801-02 | Public Comment |
| 36 | AR_26930 | Public Comment |
| 37 | AR_27234-241 | Public Comment |
| 38 | AR_27339–356 | Public Comment |
| 39 | AR_27703–706 | Public Comment |
| 40 | AR_27752–27760 | NEPA Phase 2 Final Rule Special Environmental Assessment |
| 41 | AR_27761–763 | *Excerpt from* NEPA Phase 2 Final Rule Special Environmental Assessment |
| 42 | AR_27777-79 | *Excerpt from* NEPA Phase 2 Final Rule Regulatory Impact Analysis |
| 43 | AR_27821-27861 | NEPA Phase 2 Final Rule Response to Comments |
| 44 | AR_27873-77 | *Excerpt from* NEPA Phase 2 Final Rule Response to Comments |
| 45 | AR_27880-81 | *Excerpt from* NEPA Phase 2 Final Rule Response to Comments |
| 46 | AR_27885-86 | *Excerpt from* NEPA Phase 2 Final Rule Response to Comments |
| 47 | AR_27904 | *Excerpt from* NEPA Phase 2 Final Rule Response to Comments |
| 48 | AR_27943-944 | *Excerpt from* NEPA Phase 2 Final Rule Response to Comments |
| 49 | AR_28054 | *Excerpt from* NEPA Phase 2 Final Rule Response to Comments |
| 50 | AR_28120-122 | *Excerpt from* NEPA Phase 2 Final Rule Response to Comments |
| 51 | AR_28132 | *Excerpt from* NEPA Phase 2 Final Rule Response to Comments |
| 52 | AR_28494-95 | *Excerpt from* NEPA Phase 2 Final Rule Response to Comments |
| 53 | AR_28578 | *Excerpt from* NEPA Phase 2 Final Rule Response to Comments |
| 54 | AR_28610 | *Excerpt from* NEPA Phase 2 Final Rule Response to Comments |
| 55 | AR_28682 | *Excerpt from* NEPA Phase 2 Final Rule Response to Comments |
| 56 | AR_28762-28897 | National Environmental Policy Act Implementing Regulations Revisions Phase 2 |
| 57 | AR_29029-41 | 301 Departmental Manual 7, Departmental Responsibilities for Consideration and Inclusion of Indigenous Knowledge in Departmental Actions and Scientific Research |
| 58 | AR_29042–114 | 2020 Final Rulemaking: Update to the Regulations Implementing the Procedural Provisions of the National Environmental Policy Act |

|    | A | B |
|----|---|---|
| 59 | AR_29126-27 | 2020 Proposed Rulemaking: Update to the Regulations Implementing the Procedural Provisions of the National Environmental Policy Act |
| 60 | AR_29199-230 | A Strategy for Improving the Mitigation Policies and Practices of the Department of the Interior 2'3 |
| 61 | AR_29231-83 | Action Development Process: Interim Guidance on Considering Environmental Justice During the Development of an Action |
| 62 | AR_32805 | *Excerpt from* Council on Environmental Quality Guidance on NEPA Analyses for Transboundary Impacts |
| 63 | AR_32897 | Deadline for Agencies to Propose Updates to National Environmental Policy Act Procedures, 86 FR 34154 |
| 64 | AR_33077 | *Excerpt from* Environmental Justice: Guidance under the National Environmental Policy Act |
| 65 | AR_33089 | *Excerpt from* Environmental Justice: Guidance under the National Environmental Policy Act |
| 66 | AR_33243 | *Excerpt from* Executive Order 11991 Relating to Protection and Enhancement of Environmental Quality, 42 FR 26967 |
| 67 | AR_33573-77 | Executive Order 12898 Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations, 59 FR 7629 |
| 68 | AR_33656 | Executive Order 13807 Establishing Discipline and Accountability in the Environmental Review and Permitting Process for Infrastructure Projects |
| 69 | AR_33672–78 | Executive Order 13990 Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis, 86 FR 7037 |
| 70 | AR_33679–93 | Executive Order 14008 Tackling the Climate Crisis at Home and Abroad, 86 FR 7619 |
| 71 | AR_33728-31 | Executive Order 14112 Reforming Federal Funding and Support for Tribal Nations To Better Embrace Our Trust Responsibilities and Promote the Next Era of Tribal Self-Determination |
| 72 | AR_35452 | *Excerpt from* Final Environmental Impact Statement for Savannah Harbor Expansion Project |
| 73 | AR_38801 | *Excerpt from* Final Environmental Impact Statement for Savannah Harbor Expansion Project |
| 74 | AR_41372-82 | Final Guidance for Federal Departments and Agencies on the Appropriate Use of Mitigation and Monitoring and Clarifying the Appropriate Use of Mitigated Findings of No Significant Impact, 76 FR 3843 |
| 75 | AR_41600-45 | Guidance for Federal Departments and Agencies on Indigenous Knowledge |
| 76 | AR_42691 | Implementation of Procedural Provisions; Corrections, 44 FR 873 |
| 77 | AR_42596-673 | H-1794-1, Mitigation Handbook (P) 2-1.pdf |
| 78 | AR_42696 | *Excerpt from* Implementation of Procedural Provisions; Final Regulations, 43 FR 55978 |

*Iowa v. Council on Env'tl Quality*, No. 24-89

Administrative Record Appendix

|    | A | B |
|----|---|---|
| 79 | AR_42708 | *Excerpt from* Implementation of Procedural Provisions; Final Regulations, 43 FR 55979 |
| 80 | AR_42719 | *Excerpt from* Implementation of Procedural Provisions; Final Regulations, 43 FR 55980 |
| 81 | AR_42912 | *Excerpt from* Working Group of the Memorandum of Understanding Regarding Interagency Coordination and Collaboration for the Protection of Indigenous Sacred Sites, Best Practices Guide for Federal Agencies Regarding Tribal and Native Hawaiian Sacred Sites |
| 82 | AR_43046 | *Excerpt from* National Environmental Policy Act Guidance on Consideration of Greenhouse Gas Emissions and Climate Change.pdf |
| 83 | AR_43436-38 | *Excerpt from* National Environmental Policy Act Phase II Final Rule Redline.pdf |
| 84 | AR_43446-47 | *Excerpt from* National Environmental Policy Act Phase II Final Rule Redline.pdf |
| 85 | AR_43466 | *Excerpt from* National Environmental Policy Act Phase II Final Rule Redline.pdf |
| 86 | AR_43474 | *Excerpt from* National Environmental Policy Act Phase II Final Rule Redline.pdf |
| 87 | AR_43506-08 | *Excerpt from* National Environmental Policy Act Phase II Final Rule Redline.pdf |
| 88 | AR_43512 | *Excerpt from* National Environmental Policy Act Phase II Final Rule Redline.pdf |
| 89 | AR_43514 | *Excerpt* from National Environmental Policy Act Regulations; Incomplete or Unavailable Information.pdf |
| 90 | AR_43535–37 | *Excerpt from* National Environmental Policy Act, Little Information Exists on NEPA Analyses, GAO-14-370.pdf |
| 91 | AR_43565 | *Excerpt from* National Environmental Policy Act.pdf |
| 92 | AR_43863 | *Excerpt from* Phase 1 Final Rulemaking, National Environmental Policy Act Implementing Regulations Revisions, 87 FR 23453.pdf |
| 93 | AR_43863-80 | Phase 1 Final Rulemaking, National Environmental Policy Act Implementing Regulations Revisions, 87 FR 23453.pdf |
| 94 | AR_44664-716 | U.S. Fish and Wildlife Service Mitigation Policy (81 FR 83440, 83441-42).pdf |