## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## WESTERN DIVISION

| | |
|---|---|
| STATE OF IOWA, STATE OF NORTH DAKOTA, *et al.,* | |
| *Plaintiffs*, | |
| v. | |
| COUNCIL ON ENVIRONMENTAL QUALITY, and BRENDA MALLORY, in her official capacity as Chair of the Council on Environmental Quality, | Case No. 24-cv-00089-DMT-CRH |
| *Defendants*, | |
| and | |
| ALASKA COMMUNITY ACTION ON TOXICS, *et al.*, | |
| *Defendant-Intervenors*. | |

### PLAINTIFF STATES' MOTION FOR LEAVE TO FILE
### NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to D.N.D. Civ. L. R. 7.1(C), Plaintiff States respectfully submit this Motion for Leave to File Notice of Supplemental Authority.

Neither the Federal Rules of Civil Procedure nor the Local Rules of this Court expressly provide for the filing of notices of supplemental authority without leave of the Court. *See* D.N.D. Civ. L. R. 7.1(C) ("Parties must serve and file a motion to obtain leave of court to submit any additional filings."); *cf. Pharm. Care Mgmt. Ass'n v. Tufte*, 326 F.Supp.3d 873, 878 (D.N.D. 2018) (noting party filed notice of a supplemental authority "[w]ith the Court's permission").

Plaintiff States here challenge a Council on Environmental Quality ("CEQ") final rule implementing the National Environmental Policy Act ("NEPA"). Summary judgment briefing in

this matter concluded on October 11, 2024, and oral argument is scheduled for November 20, 2024.

On November 12, 2024, the United States Court of Appeals for the District of Columbia Circuit issued an opinion in *Marin Audubon Soc'y v. Fed. Aviation Admin..* No. 23-1067 (D.C. Cir. Nov. 12, 2024). In that decision, despite the argument not having been made by the parties, the D.C. Circuit held that CEQ's exercise of rulemaking authority constituted a violation of the separation of powers and was *ultra vires*, and that there were "compelling reasons" for the Court *sua sponte* "to determine the validity of the CEQ regulations once and for all." *Marin Audubon*, No. 23-1067, slip op. at 9-10. Plaintiff States acknowledge that they did not make an argument regarding CEQ's general rulemaking authority in their summary judgment briefing; however, the Court may find the D.C. Circuit's recent holding to be relevant to this case challenging CEQ's final rule.

Therefore, Plaintiffs respectfully seek leave to file the attached Notice of Supplemental Authority.

Dated: November 13, 2024                Respectfully Submitted,

BRENNA BIRD                             DREW H. WRIGLEY
Attorney General of Iowa                North Dakota Attorney General

*/s/ Eric Wessan*                       /s/ *Philip Axt*
ERIC WESSAN                             PHILIP AXT
*Solicitor General*                     *Solicitor General*
ALEXA DEN HERDER                        JAMES M. AUSLANDER
*Assistant Solicitor General*           NESSA HOREWITCH COPPINGER
Hoover State Office Building            *Special Assistant Attorneys General*
1305 East Walnut Street                 Office of Attorney General
Des Moines, Iowa 50319                  600 E. Boulevard Ave Dept. 125
(515) 823-9117                          Bismarck ND 58505
eric.wessan@ag.iowa.gov                 (701) 328-2210
alexa.denherder@ag.iowa.gov             pjaxt@nd.gov
                                        jauslander@bdlaw.com
*Counsel for the State of Iowa*         ncoppinger@bdlaw.com

2

*Counsel for the State of North Dakota*

TREG TAYLOR
Alaska Attorney General

/s/ *Wade M. Withington*
WADE M. WITHINGTON
*Assistant Attorney General, Civil Division*
Office of the Alaska Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
(907) 269-5232
wade.withington@alaska.gov

*Counsel for the State of Alaska*


ASHLEY MOODY
Florida Attorney General

*/s/ Natalie P. Christmas*
NATALIE P. CHRISTMAS (Fla. 1019180)
*Senior Counselor*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

RAÚL R. LABRADOR
Idaho Attorney General

/s/ *Joy M. Vega*
ALAN M. HURST
*Solicitor General*
JOY M. VEGA
*Lead Deputy Attorney General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Alan.Hurst@ag.idaho.gov
Joy.Vega@ag.idaho.gov


*Counsel for State of Idaho*

TIM GRIFFIN
Arkansas Attorney General

/s/ *Nicholas J. Bronni*
NICHOLAS J. BRONNI
*Solicitor General*
DYLAN L. JACOBS
*Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov

*Counsel for the State of Arkansas*

CHRISTOPHER M. CARR
Georgia Attorney General

/s/ *Justin T. Golart*
JUSTIN T. GOLART
*Deputy Solicitor General*
Office of the Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334
(404) 458-3252
jgolart@law.ga.gov

*Counsel for the State of Georgia*

KRIS W. KOBACH
Kansas Attorney General

*/s/ Abhishek S. Kambli*
ABHISHEK S. KAMBLI
*Deputy Attorney General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-2215
Fax: (785) 296-3131
abhishek.kambli@ag.ks.gov

*Counsel for the State of Kansas*

RUSSELL COLEMAN
Kentucky Attorney General

/s/ *Victor B. Maddox*
VICTOR B. MADDOX
AARON SILLETTO
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
victor.maddox@ky.gov
aaron.silletto@ky.gov

*Counsel for the Commonwealth of Kentucky*


ANDREW T. BAILEY
Missouri Attorney General

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE, 69875MO
*Solicitor General*
Office of the Attorney General
207 West High St.
Jefferson City, MO 65101
Phone: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*


MICHAEL T. HILGERS
Nebraska Attorney General

*/s/ Grant D. Strobl*
GRANT D. STROBL
*Assistant Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
grant.strobl@nebraska.gov

*Counsel for the State of Nebraska*


MARTY J. JACKLEY
South Dakota Attorney General

LIZ B. MURRILL
Louisiana Attorney General

J. BENJAMIN AGUIÑAGA
Solicitor General

*/s/ Kelsey L. Smith*
Kelsey L. Smith
Deputy Solicitor General
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70804
(225) 428-7432
smithkel@ag.louisiana.gov

*Counsel for the State of Louisiana*


AUSTIN KNUDSEN
Montana Attorney General

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
*Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for the State of Montana*


ALAN WILSON
South Carolina Attorney General

/s/ *Joseph D. Spate*
JOSEPH D. SPATE
*Assistant Deputy Solicitor General*
Office of the South Carolina Attorney
General
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for the State of South Carolina*


JONATHAN SKRMETTI
Tennessee Attorney General and Reporter

*/s/ Charles McGuigan*
CHARLES MCGUIGAN
*Deputy Attorney General*
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
605-773-3215
charles.mcguigan@state.sd.us

*Counsel for the State of South Dakota*


KEN PAXTON
Texas Attorney General

BRENT WEBSTER
*First Assistant Attorney General of Texas*
RALPH MOLINA
*Deputy Attorney General for Legal Strategy*
RYAN D. WALTERS
*Chief, Special Litigation Division*

*/s/ David Bryant*
DAVID BRYANT
*Lead Attorney*
*Senior Special Counsel*
Texas State Bar No. 03281500
JACOB E. PRZADA
*Special Counsel*
Texas State Bar No. 24125371
MUNERA AL-FUHAID
*Special Counsel*
Texas State Bar No. 24094501
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711-2548
Phone: (512) 936-3754
FAX: (512) 457-4410
David.Bryant@oag.texas.gov
Jacob.Przada@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov


JASON MIYARES
Virginia Attorney General

/s/ *Kevin M. Gallagher*
KEVIN M. GALLAGHER
*Principal Deputy Solicitor General*

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER
*Director of Strategic Litigation*
Attorney General and Reporter of Tennessee
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-3491
Whitney.Hermandorfer@ag.tn.gov

*Counsel for the State of Tennessee*


SEAN D. REYES
Utah Attorney General

/s/ *Renee Spooner*
RENEE SPOONER
*Assistant Attorney General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Telephone: (385) 285-5740
rspooner@agutah.gov

*Counsel for the State of Utah*


PATRICK MORRISEY
West Virginia Attorney General

*/s/ Michael R. Williams*
MICHAEL R. WILLIAMS
*Solicitor General*

Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

Office of the Attorney General of West
Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov

*Counsel for the State of West Virginia*

BRIDGET HILL
Wyoming Attorney General

/s/ *Ryan Schelhaas*
RYAN SCHELHAAS
*Chief Deputy*
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
ryan.schelhaas@wyo.gov

*Counsel for the State of Wyoming*

6

## CERTIFICATE OF SERVICE

I certify that on this 13th day of November 2024, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of North Dakota and served all parties using the CM/ECF system.

*/s/ James M. Auslander*