IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF IOWA, STATE OF NORTH DAKOTA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY, and BRENDA MALLORY, in her official capacity as Chair of the Council on Environmental Quality,<br><br>*Defendants*,<br><br>and<br><br>ALASKA COMMUNITY ACTION ON TOXICS, *et al.*,<br><br>*Defendant-Intervenors*. | Case No. 24-cv-00089-DMT-CRH |

## [PROPOSED] NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff States respectfully notify the Court of the newly issued decision by the D.C. Circuit in *Marin Audubon Soc'y v. Fed. Aviation Admin*, No. 23-1067 (D.C. Cir. Nov. 12, 2024). In that decision, despite the argument not having been made by the parties, the D.C. Circuit held that CEQ's exercise of rulemaking authority constituted a violation of the separation of powers and was *ultra vires*, and that there were "compelling reasons" for the Court *sua sponte* "to determine the validity of the CEQ regulations once and for all." *Marin Audubon*, No. 23-1067, slip op. at 9-10. A copy of the slip opinion is provided.

| | |
|---|---|
| Dated: November 13, 2024 | Respectfully Submitted, |
| BRENNA BIRD<br>Attorney General of Iowa | DREW H. WRIGLEY<br>North Dakota Attorney General |
| */s/ Eric Wessan*<br>ERIC WESSAN<br>*Solicitor General*<br>ALEXA DEN HERDER<br>*Assistant Solicitor General*<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, Iowa 50319<br>(515) 823-9117<br>eric.wessan@ag.iowa.gov<br>alexa.denherder@ag.iowa.gov<br><br>*Counsel for the State of Iowa* | /s/ *Philip Axt*<br>PHILIP AXT<br>*Solicitor General*<br>JAMES M. AUSLANDER<br>NESSA HOREWITCH COPPINGER<br>*Special Assistant Attorneys General*<br>Office of Attorney General<br>600 E. Boulevard Ave Dept. 125<br>Bismarck ND 58505<br>(701) 328-2210<br>pjaxt@nd.gov<br>jauslander@bdlaw.com<br>ncoppinger@bdlaw.com<br><br>*Counsel for the State of North Dakota* |
| TREG TAYLOR<br>Alaska Attorney General | TIM GRIFFIN<br>Arkansas Attorney General |
| /s/ *Wade M. Withington*<br>WADE M. WITHINGTON<br>*Assistant Attorney General, Civil Division*<br>Office of the Alaska Attorney General<br>Alaska Department of Law<br>1031 W. 4th Avenue, Suite 200<br>(907) 269-5232<br>wade.withington@alaska.gov<br><br>*Counsel for the State of Alaska* | /s/ *Nicholas J. Bronni*<br>NICHOLAS J. BRONNI<br>*Solicitor General*<br>DYLAN L. JACOBS<br>*Deputy Solicitor General*<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>(501) 682-6302<br>Nicholas.Bronni@ArkansasAG.gov<br><br>*Counsel for the State of Arkansas* |
| ASHLEY MOODY<br>Florida Attorney General | CHRISTOPHER M. CARR<br>Georgia Attorney General |
| */s/ Natalie P. Christmas*<br>NATALIE P. CHRISTMAS (Fla. 1019180)<br>*Senior Counselor*<br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>natalie.christmas@myfloridalegal.com | /s/ *Justin T. Golart*<br>JUSTIN T. GOLART<br>*Deputy Solicitor General*<br>Office of the Attorney General of Georgia<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>(404) 458-3252<br>jgolart@law.ga.gov |

*Counsel for the State of Florida*

RAÚL R. LABRADOR
Idaho Attorney General

/s/ *Joy M. Vega*
ALAN M. HURST
*Solicitor General*
JOY M. VEGA
*Lead Deputy Attorney General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Alan.Hurst@ag.idaho.gov
Joy.Vega@ag.idaho.gov

*Counsel for State of Idaho*

RUSSELL COLEMAN
Kentucky Attorney General

/s/ *Victor B. Maddox*
VICTOR B. MADDOX
AARON SILLETTO
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
victor.maddox@ky.gov
aaron.silletto@ky.gov

*Counsel for the Commonwealth of Kentucky*

ANDREW T. BAILEY
Missouri Attorney General

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE, 69875MO
*Solicitor General*
Office of the Attorney General
207 West High St.
Jefferson City, MO 65101
Phone: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*

*Counsel for the State of Georgia*

KRIS W. KOBACH
Kansas Attorney General

*/s/ Abhishek S. Kambli*
ABHISHEK S. KAMBLI
*Deputy Attorney General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-2215
Fax: (785) 296-3131
abhishek.kambli@ag.ks.gov

*Counsel for the State of Kansas*

LIZ B. MURRILL
Louisiana Attorney General

J. BENJAMIN AGUIÑAGA
Solicitor General

*/s/ Kelsey L. Smith*
Kelsey L. Smith
Deputy Solicitor General
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70804
(225) 428-7432
smithkel@ag.louisiana.gov

*Counsel for the State of Louisiana*

AUSTIN KNUDSEN
Montana Attorney General

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
*Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

MICHAEL T. HILGERS
Nebraska Attorney General

*/s/ Grant D. Strobl*
GRANT D. STROBL
*Assistant Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
grant.strobl@nebraska.gov

*Counsel for the State of Nebraska*

MARTY J. JACKLEY
South Dakota Attorney General

*/s/ Charles McGuigan*
CHARLES MCGUIGAN
*Deputy Attorney General*
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
605-773-3215
charles.mcguigan@state.sd.us

*Counsel for the State of South Dakota*

KEN PAXTON
Texas Attorney General

BRENT WEBSTER
*First Assistant Attorney General of Texas*
RALPH MOLINA
*Deputy Attorney General for Legal Strategy*
RYAN D. WALTERS
*Chief, Special Litigation Division*

*/s/ David Bryant*
DAVID BRYANT
*Lead Attorney*
*Senior Special Counsel*
Texas State Bar No. 03281500
JACOB E. PRZADA
*Special Counsel*

*Counsel for the State of Montana*

ALAN WILSON
South Carolina Attorney General

/s/ *Joseph D. Spate*
JOSEPH D. SPATE
*Assistant Deputy Solicitor General*
Office of the South Carolina Attorney General
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for the State of South Carolina*

JONATHAN SKRMETTI
Tennessee Attorney General and Reporter

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER
*Director of Strategic Litigation*
Attorney General and Reporter of Tennessee
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-3491
Whitney.Hermandorfer@ag.tn.gov

*Counsel for the State of Tennessee*

SEAN D. REYES
Utah Attorney General

/s/ *Renee Spooner*
RENEE SPOONER
*Assistant Attorney General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Telephone: (385) 285-5740
rspooner@agutah.gov

*Counsel for the State of Utah*

4

Texas State Bar No. 24125371
MUNERA AL-FUHAID
*Special Counsel*
Texas State Bar No. 24094501
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711-2548
Phone: (512) 936-3754
FAX: (512) 457-4410
David.Bryant@oag.texas.gov
Jacob.Przada@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov

*Counsel for the State of Texas*

JASON MIYARES
Virginia Attorney General

/s/ *Kevin M. Gallagher*
KEVIN M. GALLAGHER
*Principal Deputy Solicitor General*
Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

PATRICK MORRISEY
West Virginia Attorney General

*/s/ Michael R. Williams*
MICHAEL R. WILLIAMS
*Solicitor General*
Office of the Attorney General of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov

*Counsel for the State of West Virginia*

BRIDGET HILL
Wyoming Attorney General

/s/ *Ryan Schelhaas*
RYAN SCHELHAAS
*Chief Deputy*
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
ryan.schelhaas@wyo.gov

*Counsel for the State of Wyoming*

## CERTIFICATE OF SERVICE

    I certify that on this 13th day of November 2024, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of North Dakota and served all parties using the CM/ECF system.

<em>/s/ James M. Auslander</em>