IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Iowa et al.,<br><br>                                                 Plaintiffs,<br><br>vs.<br><br>Council on Environmental Quality and Brenda Mallory, in her official capacity as Chair,<br><br>                                               Defendants,<br><br>and<br><br>Alaska Community Action on Toxics et al.,<br><br>                                    Intervenor-Defendants,<br><br>and<br><br>State of California et al.,<br><br>                                    Intervenor-Defendants. | Case No. 1:24-cv-00089 |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

[¶ 1]   THIS MATTER comes before the Court on two Motions for Extension of Time to File Response/Reply filed on November 19, 2024, by the Council on Environmental Quality and some of the intervening states. Doc. Nos. 118, 121. Both parties seek additional time to brief the issue the Court ordered for supplemental briefing. See Doc. No. 117. It should be noted the Court did receive briefing from all Parties by the original deadline and the Court thanks the Parties for doing so, as it was beneficial for the oral argument held on November 20, 2024. See Doc. Nos. 119, 120, 121-1, 122.

- 2 -

[¶ 2]   The Court finds that good cause exists to extend the deadline to file. Accordingly, the Court **GRANTS** both motions (Doc. Nos. 118, 121). CEQ and intervening parties that desire to file additional briefing may do so by December 13, 2024. Plaintiff States will then have until December 20, 2024, to respond.

[¶ 3]   **IT IS SO ORDERED**.

DATED November 20, 2024.

Daniel M. Traynor, District Judge
United States District Court