IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
BISMARK DIVISION

| | |
|---|---|
| STATE OF IOWA, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY, and BRENDA MALLORY, in her official capacity as Chair,<br><br>      Defendants,<br><br>ALASKA COMMUNITY ACTION ON TOXICS, et al.,<br><br>      Intervenor-Defendants,<br><br>  and<br><br>WASHINGTON, et al.,<br><br>      Intervenor-Defendants. | Case No. 1:24-cv-00089-DMT-CRH |

**DECLARATION OF
JAN HASSELMAN**

DECLARATION OF JAN HASSELMAN

- 1 -

*Earthjustice*
*810 Third Avenue, Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

I, Jan Erik Hasselman, declare as follows:

1. I am an attorney in the Northwest Regional Office of Earthjustice, and I represent Alaska Community Action on Toxics, Center for Biological Diversity, Center for Environmental Health, Center for Food Safety, Environmental Law and Policy Center, Environment Protection Information Center, Food and Water Watch, Fort Berthold POWER, Friends of the Earth, Green Latinos, Labor Council on Latin American Advancement, Mālama Mākua, National Parks Conservation Association, National Wildlife Federation, Ocean Conservancy, People's Collective for Environmental Justice, Rio Grande International Study Center, Southern Utah Wilderness Alliance, The Wilderness Society, and Winter Wildlands Alliance (collectively, "Intervenor-Defendants"). I am also a member in good standing of the bar of the State of Washington and am admitted to practice in the United States District Court for the District of North Dakota. I make this declaration based on my personal knowledge and, if called to testify, could and would testify as stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Petition for Rehearing En Banc (addendum excluded) by Federal Respondents, dated December 5, 20204, filed in *Marin Audubon Society, et al. v. Federal Aviation Administration, et al.*, United States Court of Appeals for the D.C. Circuit, Case No. 23-1067.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Petition for Panel Rehearing or Rehearing En Banc (addendum excluded) by Petitioners, dated November 27, 2024, filed in *Marin Audubon Society, et al. v. Federal Aviation Administration, et al.*, United States Court of Appeals for the D.C. Circuit, Case No. 23-1067.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 13th day of December, 2024.

*s/ Jan E. Hasselman*
JAN E. HASSELMAN

DECLARATION OF JAN HASSELMAN
- 3 -

*Earthjustice*
*810 Third Avenue, Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*