Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

State of Iowa et al.,

    Plaintiffs,

vs.

Council on Environmental Quality and Brenda Mallory, in her official capacity as Chair,

    Defendants,

and

Alaska Community Action on Toxics et al.,

    Intervenor-Defendants,

and

State of California et al.,

    Intervenor-Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:24-cv-089

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order filed February 3, 2025 the Plaintiff States' Motion for Summary Judgment (Doc. No. 64) is GRANTED. CEQ's Motion for Summary Judgment (Doc. No. 84), Organization Intervenors' Motion for Summary Judgment (Doc. No. 87) and State Intervenors' Partial Summary Judgment (Doc. No. 83) are DENIED.

Date: February 3, 2025

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Melissa Fischer, Deputy Clerk*