IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Iowa et al.,<br><br>                        Plaintiffs,<br><br>vs.<br><br>Council on Environmental Quality and Katherine Scarlett,[1] in her official capacity as Chair,<br><br>                        Defendants,<br><br>and<br><br>Alaska Community Action on Toxics et al.,<br><br>                        Intervenor-Defendants,<br><br>and<br><br>State of California et al.,<br><br>                        Intervenor-Defendants. | Case No. 1:24-cv-00089 |

**ORDER VACATING ORDER FOR SUMMARY JUDGMENT**

[¶ 1]   THIS MATTER comes before the Court on remand from the Eighth Circuit Court of Appeals. Doc. No. 163. Pursuant to the Judgment of that court, this Court's previous Order for Summary Judgment is **VACATED**. See Doc. No. 145 (Order Regarding All Motions for Summary Judgment and Partial Summary Judgment). The Clerk's Office is directed to enter an Amended Judgment consistent with this Order.

---

[1] Brenda Mallory no longer serves as the Chair of the Council on Environmental Quality. Katherine Scarlett has been automatically substituted pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

- 2 -

[¶ 2]   **IT IS SO ORDERED**.

DATED September 25, 2025.

                                                             Daniel Mack Traynor, District Judge
                                                             United States District Court