# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF IOWA, STATE OF NORTH DAKOTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNCIL ON ENVIRONMENTAL QUALITY, and BRENDA MALLORY, in her official capacity as Chair, <br><br> Defendants, <br><br> and <br><br> ALASKA COMMUNITY ACTION ON TOXICS, et al., and STATE OF WASHINGTON, et al., <br><br> Intervenor-Defendants. | Case No. 1:24-cv-00089-DMT-CRH |

## PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL AND TO CANCEL STATUS CONFERENCE

Plaintiff States hereby move for voluntary dismissal of this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), in light of the Eighth Circuit's judgment and mandate (Dkts. 163 and 167) vacating this Court's prior grant of summary judgment on mootness grounds, and this Court's corresponding amended order and judgment (Dkts. 168 and 169).

While this Court's summary judgment decision was on appeal by Intervenor-Defendants, Defendant Council on Environmental Quality rescinded its regulations implementing the National Environmental Policy Act, including the 2024 rulemaking that was the subject of this action. *See* 90 Fed. Reg. 10614 (Feb. 25, 2025) (effective April 11, 2025). As a result, as the Eighth Circuit determined, and the parties agree, that this action has now become moot.

Plaintiff States therefore move for voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(2), with every party to bear its own costs and fees.

Additionally, if the Court grants the request for voluntary dismissal, Plaintiff States submit that the status conference set for October 27, 2025 (*see* Dkt. 170) is perhaps no longer necessary, and they respectfully request that the Court cancel that scheduling conference.

Counsel for Plaintiff States has conferred with counsel for Defendants and Defendant-Intervenors, and no party opposes this motion.

Dated: October 23, 2025                             Respectfully Submitted,

| | |
|---|---|
| BRENNA BIRD<br>Attorney General of Iowa<br><br>/s/ *Eric Wessan*<br>ERIC WESSAN<br>*Solicitor General*<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, Iowa 50319<br>(515) 823-9117<br>eric.wessan@ag.iowa.gov<br>alexa.denherder@ag.iowa.gov<br><br>*Counsel for the State of Iowa* | DREW H. WRIGLEY<br>North Dakota Attorney General<br><br>/s/ *Philip Axt*<br>PHILIP AXT<br>*Solicitor General*<br>JAMES M. AUSLANDER<br>NESSA HOREWITCH COPPINGER<br>*Special Assistant Attorneys General*<br>Office of Attorney General<br>600 E. Boulevard Ave Dept. 125<br>Bismarck ND 58505<br>(701) 328-2210<br>pjaxt@nd.gov<br>jauslander@bdlaw.com<br>ncoppinger@bdlaw.com<br><br>*Counsel for the State of North Dakota* |
| STEPHEN J. COX<br>Alaska Attorney General<br><br>/s/ *Wade M. Withington*<br>WADE M. WITHINGTON<br>*Assistant Attorney General, Civil Division*<br>Office of the Alaska Attorney General<br>Alaska Department of Law<br>1031 W. 4th Avenue, Suite 200<br>(907) 269-5232<br>wade.withington@alaska.gov<br><br>*Counsel for the State of Alaska* | TIM GRIFFIN<br>Arkansas Attorney General<br><br>/s/ *Autumn Hamit Patterson*<br>AUTUMN HAMIT PATTERSON<br>*Solicitor General*<br>Office of the Arkansas Attorney General<br>101 W. Capitol Ave.<br>Little Rock, AR 72201<br>(501) 682-2007<br>Autumn.Patterson@ArkansasAG.gov<br><br>*Counsel for the State of Arkansas* |

JAMES UTHMEIER
Florida Attorney General

/s/ Christine K. Pratt
CHRISTINE K. PRATT (Fla. 100351)
*Assistant Solicitor General*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
christine.pratt@myfloridalegal.com

*Counsel for the State of Florida*

RAÚL R. LABRADOR
Idaho Attorney General

/s/ Joy M. Vega
ALAN M. HURST
*Solicitor General*
JOY M. VEGA
*Lead Deputy Attorney General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
alan.hurst@ag.idaho.gov
joy.vega@ag.idaho.gov

*Counsel for State of Idaho*

RUSSELL COLEMAN
Kentucky Attorney General

/s/ Victor B. Maddox
VICTOR B. MADDOX
AARON SILLETTO
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300
victor.maddox@ky.gov
aaron.silletto@ky.gov

*Counsel for the Commonwealth of Kentucky*

CHRISTOPHER M. CARR
Georgia Attorney General

/s/ Elijah J. O'Kelley
ELIJAH J. O'KELLEY
*Deputy Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334
(470) 816-1342
eokelley@law.ga.gov

*Counsel for the State of Georgia*

KRIS W. KOBACH
Kansas Attorney General

/s/James Rodriguez
JAMES RODRIGUEZ
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 260-3960
jay.rodriguez@ag.ks.gov

*Counsel for the State of Kansas*

LIZ B. MURRILL
Louisiana Attorney General

J. BENJAMIN AGUIÑAGA
Solicitor General

/s/ Kelsey L. Smith
Kelsey L. Smith
*Deputy Solicitor General*
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70804
(225) 428-7432
smithkel@ag.louisiana.gov

*Counsel for the State of Louisiana*

3

CATHERINE HANAWAY
Missouri Attorney General

*/s/ Samuel C. Freedlund*
Samuel C. Freedlund
*Deputy Solicitor General*
Office of the Attorney General
207 West High St.
Jefferson City, MO 65101
Phone: (573) 751-0774
Samuel.freedlund@ago.mo.gov

*Counsel for the State of Missouri*


MICHAEL T. HILGERS
Nebraska Attorney General

*/s/ Cody S. Barnett*
CODY S. BARNETT
*Assistant Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
cody.barnett@nebraska.gov

*Counsel for the State of Nebraska*


MARTY J. JACKLEY
South Dakota Attorney General

*/s/ Amanda Miiller*
By: Amanda Miiller (SD Bar No. 4271)
*pro hac vice*
Deputy Attorney General
1302 East Highway 1889, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
amanda.miiller@state.sd.us

*Attorneys for Plaintiff State of South Dakota*


AUSTIN KNUDSEN
Montana Attorney General

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
*Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2707
christian.corrigan@mt.gov

*Counsel for the State of Montana*


ALAN WILSON
South Carolina Attorney General

*/s/ Joseph D. Spate*
JOSEPH D. SPATE
*Deputy Solicitor General*
Office of the South Carolina Attorney General
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for the State of South Carolina*


JONATHAN SKRMETTI
Tennessee Attorney General and Reporter

*/s/ J. Matthew Rice*
J. MATTHEW RICE
*Solicitor General*
Attorney General and Reporter of Tennessee
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-3491
matt.rice@ag.tn.gov

*Counsel for the State of Tennessee*

| | |
|---|---|
| KEN PAXTON<br>Attorney General<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>RALPH MOLINA<br>Deputy First Assistant Attorney General<br><br>RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy<br><br>RYAN G. KERCHER<br>Chief, Special Litigation Division<br><br>/s/ David Bryant<br>DAVID BRYANT<br>Senior Special Counsel<br>Texas Bar No. 03281500<br><br>MUNERA AL-FUHAID<br>Special Counsel<br>Texas Bar No. 24094501<br><br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>David.Bryant@oag.texas.gov<br>Munera.Al-fuhaid@oag.texas.gov<br><br>*Counsel for the State of Texas* | DEREK E. BROWN<br>Utah Attorney General<br><br>/s/ Renee Spooner<br>RENEE SPOONER<br>*Assistant Attorney General*<br>350 N. State Street, Suite 230<br>P.O. Box 142320<br>Salt Lake City, UT 84114-2320<br>Telephone: (385) 285-5740<br>rspooner@agutah.gov<br><br>*Counsel for the State of Utah* |
| JASON MIYARES<br>Virginia Attorney General<br><br>/s/ Kevin M. Gallagher<br>KEVIN M. GALLAGHER<br>*Solicitor General*<br>Virginia Attorney General's Office<br>202 North 9th Street<br>Richmond, Virginia 23219<br>(804) 786-2071<br>kgallagher@oag.state.va.us<br><br>*Counsel for the Commonwealth of Virginia* | JOHN B. MCCUSKEY<br>West Virginia Attorney General<br><br>/s/ Michael R. Williams<br>MICHAEL R. WILLIAMS<br>*Solicitor General*<br>Office of the Attorney General of West Virginia<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25301<br>(304) 558-2021<br>michael.r.williams@wvago.gov<br><br>*Counsel for the State of West Virginia* |

5

KEITH G. KAUTZ
Wyoming Attorney General

/s/ *Ryan Schelhaas*
RYAN SCHELHAAS
*Chief Deputy*
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for the State of Wyoming*