IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Iowa et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Council on Environmental Quality and Katherine Scarlett, in her official capacity as Chair, <br><br> Defendants, <br><br> and <br><br> Alaska Community Action on Toxics et al., <br><br> Intervenor-Defendants, <br><br> and <br><br> State of Washington et al., <br><br> Intervenor-Defendants. | Case No. 1:24-cv-00089 |

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

[¶ 1]   THIS MATTER comes before the Court upon Plaintiffs' Motion for Voluntary Dismissal and to Cancel Status Conference filed on October 23, 2025. Doc. No. 175. The Plaintiffs move for voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) following the Eighth Circuit's judgment vacating this Court's prior grant of summary judgment as moot and this Court's corresponding Amended Order. See Doc. Nos. 163, 167–169. No party opposes this Motion. Doc. No. 175.

- 2 -

[¶ 2]   Upon consideration, the Plaintiffs' Motion for Dismissal is **GRANTED**. It is therefore **ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED without prejudice** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Status Conference scheduled for October 27, 2025, is **CANCELLED**. The parties shall bear their own costs and fees.

[¶ 3]   **IT IS SO ORDERED.**

DATED October 24, 2025.

Daniel M. Traynor, District Judge
United States District Court